IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| EILEEN YEISLEY, on behalf of herself and all others similarly situated, | Case No. 3:23-cv-00025-SHL-HCA |
| Plaintiff, | |
| vs. | **APPENDIX** |
| UNIVERSITY OF IOWA HOSPITALS & CLINICS, | **TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |
| Defendant. | |

### Table of Contents

State Appeal Board Adjudicating Claims Against UIHC, Jan–Nov. 2023.................................... 2

State Appeal Board Feb. 6, 2023 Meeting Minutes....................................................................... 24

    *Calcaterra v. State of Iowa* Approved Settlement Agreement ............................................... 28

    *Mace v. Univ. of Iowa Hosps. & Clinics* Approved Settlement Agreement.......................... 33

State Appeal Board June 21, 2023 Meeting Minutes ................................................................. 42

    *Coder v. State* Approved Settlement Agreement .................................................................. 48

    *Miller v. Univ. of Iowa Hosps. & Clinics* Approved Settlement Agreement......................... 56

## State Appeal Board Meeting - Tort Claims Denied

**Tuesday January 10, 2023**

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T220442 | RUSSELL WHITMORE | PI | Regents, Board of University of Iowa Hospitals and Clinics | $10,000,000.00 |
| T220458 | BRANDON PROCTOR | PD | Corrections, Department of Newton Correctional Facility | $12,719.56 |
| T220507 | STEVEN A WENGER, INDIVID AND AS ADMIN OF THE ESTATE OF LORENA HOLTEN-WENGER | WD | Regents, Board of University of Iowa Hospitals and Clinics | $10,000,000.00 |
| T220508 | STEVEN A WENGER AS ADMIN OF THE ESTATE OF LORENE HOLTEN-WENGER | WD | Regents, Board of University of Iowa Hospitals and Clinics | $5,000,000.00 |
| T220509 | STEVEN WENGER AS ADMIN OF ESTATE OF LORENE HOLTEN-WENGER OBO RAYMOND WENGER | WD | Regents, Board of University of Iowa Hospitals and Clinics | $5,000,000.00 |
| T220510 | STEVEN WENGER, AS ADMIN OF ESTATE OF LORENE HOLTEN-WENGER OBO CHRISTIANA WENGER | WD | Regents, Board of University of Iowa Hospitals and Clinics | $5,000,000.00 |
| T220511 | STEVEN WENGER, AS ADMIN OF ESTATE OF LORENE HOLTEN WENGER, OBO GWYNEVERE WENGER | WD | Regents, Board of University of Iowa Hospitals and Clinics | $5,000,000.00 |
| T220602 | SEDGWICK A/S/O SHANE ANDRUS | PI | Regents, Board of Iowa State University | $402,017.53 |
| T220645 | VINTON HOOKES | PD | Corrections, Department of IMCC | |
| T220646 | TERRY JOE WILLIAMS | PI | Corrections, Department of Fort Madison | $50,000.00 |
| T220651 | JOHN KINCAID | PD | Corrections, Department of Fort Madison | $35.91 |

## State Appeal Board Meeting - Tort Claims Withdrawn

**Tuesday January 10, 2023**

| Claim Number | Claimant | Dept Name | Date Received | Incident Date | Claim Amount | Date Withdrawn |
|---|---|---|---|---|---|---|
| T220477 | TIFFANY K LUNSFORD | Regents, Board of University of Iowa Hospitals and Clinics | 3/10/2022 | 3/11/2020 | $4,000,000.00 | 1/10/2023 |
| T220478 | TIFFANY LUNSFORD AS PARENT AND NEXT FRIEND OF COLE SNYDER | Regents, Board of University of Iowa Hospitals and Clinics | 3/10/2022 | 3/11/2020 | $1,000,000.00 | 1/10/2023 |
| T220479 | TIFFANY LUNSFORD AS PARENT AND NEXT FRIEND OF BRANDT SNYDER | Regents, Board of University of Iowa Hospitals and Clinics | 3/10/2022 | 3/11/2020 | $1,000,000.00 | 1/10/2023 |
| T220578 | JAMES WENDELL HALL | Corrections, Department of Fort Madison | 4/20/2022 | 12/15/2020 | $1,000,000.00 | 1/10/2023 |
| 4 | | | | | $7,000,000.00 | |

## State Appeal Board Meeting - Tort Claims Denied

**Monday February 6, 2023**

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T210433 | AMERICAN FAMILY INS A/S/O DEANNA TRAUTSCH | PI | Administrative Services, Department of State Fleet Administrator | $2,968.20 |
| T210434 | AMERICAN FAMILY INS A/S/O DEANNNA TRAURSCH | PI | Administrative Services, Department of State Fleet Administrator | $8,277.64 |
| T220525 | JOHN MARK HIDLEBAUGH III | PI | Regents, Board of University of Iowa Hospitals and Clinics | $20,000.00 |
| T220587 | KIM CURELL, ADMIN OF THE ESTATE OF JAMES CURELL | WD | Regents, Board of University of Iowa Hospitals and Clinics | $9,510,000.00 |
| T220588 | KIM CURELL | WD | Regents, Board of University of Iowa Hospitals and Clinics | $9,510,000.00 |
| T220589 | RYAN WAYDE CURELL | WD | Regents, Board of University of Iowa Hospitals and Clinics | $9,510,000.00 |
| T220590 | ANDREW JAMES CURELL | WD | Regents, Board of University of Iowa Hospitals and Clinics | $9,510,000.00 |
| T230117 | JUAN MARTINEZ | | Administrative Services, Department of State Fleet Administrator | $3,001.72 |
| T230163 | BRIANNA MAY WELSH | PD | Human Services, Department of Field Operations | $8,044.00 |
| T230227 | TYLER HOBBS | PD | Corrections, Department of Fort Madison | $14.45 |

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T230231 | TODD MATEJCEK | PD | Corrections, Department of Anamosa State Penitentiary | $790.00 |
| T230252 | NICK TEMPLE | PD | Corrections, Department of Mt Pleasant | $168.74 |
| T230254 | KELVIN SCOTT | PD PI | Corrections, Department of Clarinda | $19,100.00 |
| T230258 | JEFF PRICHARD | PD | Corrections, Department of IMCC | $6.50 |
| T230259 | JEFFREY PRICHARD | PD | Corrections, Department of IMCC | $15.00 |
| T230265 | SHERICE DISMANG | PD | Corrections, Department of Mitchellville | $50.95 |
| T230267 | CHAD VICE | PD | Corrections, Department of Fort Madison | $22.00 |
| T230277 | MARSHALL TAYLOR | PD | Corrections, Department of Anamosa State Penitentiary | $112.18 |
| T230280 | HUSEIN CEJANOVIC | PD PI | Corrections, Department of Fort Madison | $65.62 |
| T230282 | KELVIN SCOTT | PI | Corrections, Department of Clarinda | $200,000.00 |
| T230286 | JUSTICE RAY BERNTSON | PD | Corrections, Department of Fort Dodge | $79.88 |
| T230287 | JERIMY FORTNEY | PD | Corrections, Department of Fort Madison | $15.69 |
| T230295 | MARTIN DUFFY | PD | Corrections, Department of Fort Madison | $7.01 |
| T230306 | LAUREN L ERNST | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,500,000.00 |

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T230307 | LAUREN L ERNST | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,500,000.00 |
| T230311 | JULIE GARDNER, PERSONALLY AND AS ADMIN OF THE ESTATE OF DONNA GARDNER | WD | Regents, Board of University of Iowa Hospitals and Clinics | $5,000,000.00 |
| T230313 | RACHEL KRUEGER | PD | Regents, Board of Vehicle Claims | $1,628.01 |

27

###########

$46,304,367.59

## State Appeal Board Meeting - Tort Claims Approved

Monday March 3, 2023

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount | Recommend |
|---|---|---|---|---|---|
| T220653 | PROGRESSIVE UNIVERSAL INS CO A/S/O TRISHA KNEBEL | PD | Regents, Board of Vehicle Claims | $9,022.50 | $9,022.50 |
| T230196 | KIMBERLY KAY BARNES | PD | Human Services, Department of Glenwood | $1,012.43 | $1,012.43 |
| T230309 | JEREMY QUILLEN | PD | Corrections, Department of Fort Dodge | $246.09 | $246.09 |
| T230312 | PROGRESSIVE UNIVERSAL INS CO A/S/O ALLISON MUELLER CLM#22-4069269 | PD | State Fair Authority | $9,535.07 | $9,535.07 |
| T230318 | JUDITH DEIMEL | PI | State Fair Authority | $456.00 | $456.00 |
| T230323 | RAVINDER SINGH SANDHU | PD | Public Safety, Department of | $5,974.59 | $5,974.59 |
| T230333 | TERRANCE PERKINS SR | PD | Corrections, Department of Fort Dodge | $62.62 | $12.90 |
| T230345 | GRINNELL MUTUAL A/S/O RONALD REILING | PD | Transportation, Department of Vehicle Claims | $14,717.87 | $14,717.87 |
| T230379 | BILLY HANOVER | PI | Regents, Board of University of Iowa Hospitals and Clinics | $266,000.00 | $133,000.00 |
| T230380 | ERIN HANOVER | PI | Regents, Board of University of Iowa Hospitals and Clinics | $266,000.00 | $133,000.00 |

| 10 | | | | $573,027.17 | ########## |

$306,977.45

## State Appeal Board Meeting - Tort Claims Denied

March 6, 2023

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T210381 | MARLYS STOUGHTON (TRUST - R.MYERS) | PI | Regents, Board of University of Iowa Hospitals and Clinics | $3,000,000.00 |
| T210382 | MARLYS STOUGHTON (TRUST OF RONALD STOUGHTON) | PI | Regents, Board of University of Iowa Hospitals and Clinics | $3,000,000.00 |
| T210383 | REBECCA MYERS (THRU TRUST OF M STOUGHTON) | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 |
| T210384 | REBECCA MYERS - INDIVIDUALLY | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 |
| T210385 | RONALD STOUGHTON (THRU TRUST OF MARYLS STOUGHTON) | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 |
| T210386 | RONALD STOUGHTON - INDIVIDUALLY | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 |
| T210387 | BARBARA A STEINKRAUS (TRUST OF) | PI | Regents, Board of University of Iowa Hospitals and Clinics | $3,000,000.00 |
| T210388 | ELIZABETH BRIGHT (THRU TRUST OF A. STEINKRAUS) | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 |
| T210389 | ELIZABETH BRIGHT - INDIVIDUALLY | PI | Regents, Board of University of Iowa Hospitals and Clinics | |
| T220529 | DR ELIZABETH SHIRTCLIFF | PI | Regents, Board of Iowa State University | $500,000.00 |

## State Appeal Board Meeting - Tort Claims Denied

Monday April 3, 2023

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T170705 | MOULAY TIDRIRI | PI | Regents, Board of Iowa State University | |
| T210328 | ALEC STEFFES | PI | Corrections, Department of CBC District 5 | $379,138.00 |
| T220373 | ANGELA J LEA, ADMIN FOR ESTATE AND SURVIVING SPOUSE OF JEFFREY LEA, DECEASED | PI WD | Regents, Board of University of Iowa Hospitals and Clinics | $10,000,000.00 |
| T220374 | ANGELA J LEA AS ADMIN FOR ESTATE AND SURVIVING SPOUSE OF JEFFREY LEA, DECEASED | PI WD | Regents, Board of University of Iowa Hospitals and Clinics | $10,000,000.00 |
| T230197 | IAN TOMAS BARNES | PI | Corrections, Department of Mt Pleasant | $1,000,000.00 |
| T230198 | IAN THOMAS BARNES | PI | Human Services, Department of Mt Pleasant | $1,000,000.00 |
| T230199 | IAN THOMAS BARNES | PI | Corrections, Department of Mt Pleasant | $1,000,000.00 |
| T230200 | IAN THOMAS BARNES | PI | Corrections, Department of Mt Pleasant | $1,000,000.00 |
| T230283 | SARAH LEFEBER | PD | Regents, Board of Vehicle Claims | $1,104.06 |
| T230342 | RUBBER ROOFING SYSTEMS INC | PD | Transportation, Department of Vehicle Claims | |
| T230367 | JEFFREY PRICHARD | PI | Corrections, Department of Clarinda | $159.49 |
| T230369 | BILLY GENE PARKER | PD | Corrections, Department of Clarinda | $25.00 |
| T230378 | JEFFREY PRICHARD | PI | Corrections, Department of Clarinda | $159.49 |

**State Appeal Board Meeting - Tort Claims Withdrawn**                    Monday April 3, 2023

| Claim Number | Claimant | Dept Name | Date Received | Incident Date | Claim Amount | Date Withdraw |
|---|---|---|---|---|---|---|
| T230004 | BRIAN M WALKER | Regents, Board of University of Iowa Hospitals and Clinics | 2022-06-20 00:00:00 | 2022-06-26 00:00:00 | $2,500,000.00 | 2023-04-03 00:00:00 |
| T230005 | APRIL N WALKER | Regents, Board of University of Iowa Hospitals and Clinics | 2022-06-20 00:00:00 | 2020-06-26 00:00:00 | $2,500,000.00 | 2023-04-03 00:00:00 |
| T230006 | RHONDA WALKER | Regents, Board of University of Iowa Hospitals and Clinics | 2022-06-20 00:00:00 | 2020-06-26 00:00:00 | $1,500,000.00 | 2023-04-03 00:00:00 |

3                                                                        $6,500,000.00

## State Appeal Board Meeting - Tort Claims Approved

Monday May 1, 2023

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount | Recommend |
|---|---|---|---|---|---|
| T230389 | JODY STURM | PD | Transportation, Department of Vehicle Claims | $7,877.10 | $7,877.10 |
| T230418 | CHRISTOPHER BAIR | PD | Corrections, Department of Mt Pleasant | $228.05 | $128.05 |
| T230463 | JOSEPH DIVOKY | PI | Regents, Board of University of Iowa Hospitals and Clinics | $8,500.00 | $4,250.00 |
| T230464 | TOMMY HERSHBERGER | PI | Regents, Board of University of Iowa Hospitals and Clinics | $8,500.00 | $4,250.00 |
| 4 | | | | $25,105.15 | $16,505.15 |

## State Appeal Board Meeting - Tort Claims Denied

Monday May 1, 2023

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T220242 | ERICA BOUDREAU | PD | Human Services, Department of General Administration | $344.00 |
| T230084 | DAVION LEE BARBER | PI | Judicial Branch | $400,000.00 |
| T230120 | FADI NIYAZI | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 |
| T230302 | LARRY BELL | PI | Corrections, Department of Fort Madison | $2,000.00 |
| T230322 | ROBERT HAMMERSLEY | PI | Judicial Branch | $250,000.00 |
| T230335 | CHAD MICHAEL VICE | PI | Corrections, Department of Fort Madison | $10,000,000.00 |
| T230346 | CHAD VICE | PI | Corrections, Department of Fort Madison | $10,000,000.00 |
| T230359 | HUSEIN CEJVANOVIC | PD | Corrections, Department of Fort Madison | $419.00 |
| T230360 | JAMAAL LESLIE | PI | Corrections, Department of IMCC | $30,000,000.00 |
| T230362 | MIGUEL GARCIA | PD | Transportation, Department of Vehicle Claims | $12,293.07 |
| T230365 | JEFF ALTMAYER | PD | Corrections, Department of Anamosa State Penitentiary | $455.56 |
| T230366 | LARRY BELL | PI | Corrections, Department of Fort Madison | $20,000.00 |
| T230368 | LARUE WILLIAMS | PD | Corrections, Department of Fort Dodge | $259.00 |
| T230371 | BRIAN KNONCEL | PD | Corrections, Department of Fort Madison | $813.00 |

## State Appeal Board Meeting - Tort Claims Withdrawn

**Monday May 1, 2023**

| Claim Number | Claimant | Dept Name | Date Received | Incident Date | Claim Amount | Date Withdraw |
|---|---|---|---|---|---|---|
| T230147 | JACOB KNAPP C/O VA CENTRAL IOWA | Regents, Board of University of Iowa Hospitals and Clinics | 2022-09-13 00:00:00 | 2022-01-19 00:00:00 | $25,000,000.00 | 2023-05-01 00:00:00 |
| T230179 | CATHERINE A SPAHN | Regents, Board of University of Iowa Hospitals and Clinics | 2022-09-26 00:00:00 | 2020-12-01 00:00:00 | $10,000,000.00 | 2023-05-01 00:00:00 |
| T230180 | HEATHER M BERGFELD | Regents, Board of University of Iowa Hospitals and Clinics | 2022-09-26 00:00:00 | 2020-12-01 00:00:00 | $10,000,000.00 | 2023-05-01 00:00:00 |
| T230181 | HEIDI A JASPER | Regents, Board of University of Iowa Hospitals and Clinics | 2022-09-26 00:00:00 | 2020-12-01 00:00:00 | $10,000,000.00 | 2023-05-01 00:00:00 |
| T230182 | HANNAH M WALZ | Regents, Board of University of Iowa Hospitals and Clinics | 2022-09-26 00:00:00 | 2020-12-01 00:00:00 | $10,000,000.00 | 2023-05-01 00:00:00 |
| T230183 | JESSE J SPAHN | Regents, Board of University of Iowa Hospitals and Clinics | 2022-09-26 00:00:00 | 2020-12-01 00:00:00 | $10,000,000.00 | 2023-05-01 00:00:00 |

6

\#\#\#\#\#\#\#\#\#\#\#\#\#

$75,000,000.00

## State Appeal Board Meeting - Tort Claims Denied

Wednesday June 21, 2023

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T160426 | NICHOLAS KEITH BALLARD | PD | Transportation, Department of | $403.22 |
| T170345 | CHARLES SCHUMACHER | PD | Corrections, Department of Training Academy | $250.00 |
| T170587 | JAMIE LEE COLE | PI | Corrections, Department of Central Office | $1,820,000.00 |
| T170627 | LUIS MARTINEZ | PI | Parole, Board of | $109,500.00 |
| T170629 | LESTER HERNANDEZ-CHIC | PI | Parole, Board of | $49,275.00 |
| T170631 | BENJAMIN MURPHY | PI | Parole, Board of | $43,800.00 |
| T170632 | RICHARD MOORE JR | PI | Parole, Board of | $159,683.85 |
| T170635 | KENNETH LEE DOSS | PI | Parole, Board of | $76,650.00 |
| T170639 | DAVID CANNON | PI | Parole, Board of | $49,275.00 |
| T170640 | MARK ZUBER | PI | Parole, Board of | $997,664.00 |
| T170643 | DENNIS KROLL | PI | Parole, Board of | $76,800.00 |
| T170645 | ERIC PEPPERS | PI | Parole, Board of | $202,575.00 |
| T170646 | DANIEL NEWELL | PI | Parole, Board of | |
| T170654 | CHUCK WOOD | PI | Parole, Board of | $98,550.00 |
| T170676 | CLAYTON SHADY | PI | Parole, Board of | $87,600.00 |
| T170681 | CLIFFORD JACK | PI | Parole, Board of | $197,100.00 |
| T170683 | JEFFREY BENSON | PI | Parole, Board of | $49,275.00 |
| T170684 | SHAWN ELLIS | PI | Parole, Board of | $125,925.00 |
| T170685 | CLARENCE ZIEL | PI | Parole, Board of | $44,275.00 |
| T170690 | STEVEN F CAIN SR. | PI | Parole, Board of | $98,550.00 |
| T170697 | DANNY YENECEK | PI | | $49,275.00 |

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T180331 | DAVID HOFFMAN | PI | Parole, Board of | $98,550.00 |
| T180376 | STEVEN HUTCHINSON | PI | Parole, Board of | $251,850.00 |
| T180394 | ALBERT GILCHRIST | PI | Parole, Board of | $147,825.00 |
| T180395 | MICHAEL CROWDER | PI | Parole, Board of | $9,855.00 |
| T180423 | WESLEY JONES | PI | Parole, Board of | $73,912.50 |
| T180470 | KENNETH MOSBY SR. | PI | Parole, Board of | $104,025.00 |
| T180585 | JONATHAN ELPHIC | PI | Attorney General Consumer Advocate | $15,000,000.00 |
| T180586 | JONATHAN ELPHIC | PI | Governor/Lt. Governor's Office | $1,000,000.00 |
| T180587 | JONATHAN ELPHIC | PI | State Public Defender, Office of | $10,000,000.00 |
| T180588 | JONATHAN ELPHIC | PI | Civil Rights Commission | $100,000.00 |
| T180591 | JONATHAN ELPHIC | PI | Civil Rights Commission | |
| T180683 | ANNICK TRICOT | PI | Regents, Board of University of Iowa Hospitals and Clinics | |
| T200326 | DANIEL BASURTO | PD | Transportation, Department of | $300.00 |
| T220644 | ABDINASIR WARSAME | PD | Corrections, Department of Mt Pleasant | |
| T230141 | DIANA KAY ENGLAND | PI | Regents, Board of University of Iowa Hospitals and Clinics | $900,000.00 |
| T230222 | ELLEE MERGEN | PI | Regents, Board of University of Iowa Hospitals and Clinics | $300,000.00 |
| T230223 | TOM MERGEN | PI | Regents, Board of University of Iowa Hospitals and Clinics | $25,000.00 |

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T230224 | SHANNON MERGEN | PI | Regents, Board of University of Iowa Hospitals and Clinics | $25,000.00 |
| T230442 | CHARLES BEVER | PD | Corrections, Department of Central Office | $580.00 |
| T230453 | PROGRESSIVE UNIVERSAL INS CO A/S/O JULIA MARBERRY CLM#21-2452325 | PD | Transportation, Department of Vehicle Claims | $12,690.33 |
| T230476 | SHANE A BRATTEN | PD | Corrections, Department of Fort Dodge | $12.18 |
| T230479 | WALTER SMITH | PI | Human Services, Department of Cherokee CCUSO | $50,000.00 |
| T230492 | TRACY LYNN HARDIN | PD | Corrections, Department of Mitchellville | $4,383.75 |
| T230495 | JEFFREY PRICHARD | PD | Corrections, Department of Clarinda | $74.50 |
| T230504 | DANIEL GARRETTO | PI | Corrections, Department of Clarinda | $50,000.00 |
| T230508 | CHARLES HASSELMANN | PI | Corrections, Department of Central Office | $35,000.00 |
| T230514 | JOSE MANUEL MARTINEZ QUEVEDO | PI | Corrections, Department of Central Office | $1,000,000.00 |
| T230521 | TROY PATRICK | PD | Corrections, Department of Clarinda | $26.00 |
| T230543 | STEWART SMITH | PD | Human Services, Department of Cherokee | $150.00 |
| T230548 | MONTEZ SHORTRIDGE | PI | Corrections, Department of Fort Madison | |
| T230562 | ALLSTATE INS CO A/S/O CASEY L STEVENS CLM #0695973776 | PD | Transportation, Department of Vehicle Claims | $8,796.17 |

## State Appeal Board Meeting - Tort Claims Denied

**Monday August 7, 2023**

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T180138 | JOHN STEAD II | PI | Parole, Board of | $118,204.00 |
| T190230 | MATTHEW SCHARPING | PD | Regents, Board of<br>Iowa State University | $150,000.00 |
| T190630 | JO ANN LOVE LEE | PD | Regents, Board of<br>Vehicle Claims | $250.00 |
| T200427 | CINDY SPAULDING | PI | | $1,000.00 |
| T230209 | ESTATE OF MISTY D BUCKLEY BY ADMIN LISA JOHNSON | WD | Regents, Board of<br>University of Iowa Hospitals and<br>Clinics | $1,000,000.00 |
| T230210 | SARAH BUCKLEY | WD | Regents, Board of<br>University of Iowa Hospitals and<br>Clinics | $1,000,000.00 |
| T230211 | MICHAEL BUCKLEY | WD | Regents, Board of<br>University of Iowa Hospitals and<br>Clinics | $1,000,000.00 |
| T230392 | TAYLER RANDALL | PD | Corrections, Department of<br>Anamosa State Penitentiary | $16.60 |
| T230441 | TREVON CRIBBS | PD | Corrections, Department of<br>Anamosa State Penitentiary | $297.67 |
| T230443 | NAPOLEON MBONYUNKIZA | PI | Corrections, Department of<br>Newton Correctional Facility | $200,000.00 |
| T230474 | FREDERICK H REID | PD | Corrections, Department of<br>Anamosa State Penitentiary | $4,000.00 |
| T230482 | BRENTON HUNTLEY | PD | Corrections, Department of<br>Anamosa State Penitentiary | $55.09 |
| T230500 | JUSTICE BERNTSON | PD | Corrections, Department of<br>Fort Dodge | $79.88 |

## State Appeal Board Meeting - Tort Claims Denied

Monday October 2, 2023

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T190302 | KENNETH LEE DOSS | PI | Parole, Board of | $92,987.00 |
| T190547 | MICHAEL THOMAS HAIRE | PD | Corrections, Department of IMCC | $720.00 |
| T190549 | MICHAEL HAIRE | PI | Corrections, Department of Newton Correctional Facility | $625,000.00 |
| T200022 | RALPH PRITCHARD | PD | Regents, Board of Vehicle Claims | $1,668.45 |
| T200090 | KRYSTAL WAGNER | PI | Natural Resources, Department of | $2,000,000.00 |
| T200091 | KRYSTAL WAGNER | PI | Natural Resources, Department of | $2,000,000.00 |
| T200092 | ESTATE OF SHANE ALLEN JENSEN, PROBATE # ESPRO011470 | WD | Natural Resources, Department of | $2,000,000.00 |
| T200093 | ESTATE OF SHANE ALLEN JENSEN PROBATE #ESPRO 011470 | WD | Natural Resources, Department of | $2,000,000.00 |
| T200132 | PAM MCCLANNAHAN | PI | Human Services, Department of Cherokee CCUSO | $100,000.00 |
| T200133 | PAM MCCLANNAHAN | PI | Human Services, Department of Cherokee CCUSO | $100,000.00 |
| T200636 | HIMIE MANSTON | PD | Administrative Services, Department of State Fleet Administrator | $1,993.63 |
| T230271 | RAYMOND GENE BOYDSTON | PI | Regents, Board of University of Iowa Hospitals and Clinics | $5,000,000.00 |
| T230272 | ASHLEY BOYDSTON | PI | Regents, Board of University of Iowa Hospitals and Clinics | $5,000,000.00 |

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T230273 | ANNABELLE BOYDSTON | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 |
| T230274 | EDWARD BOYDSTON | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 |
| T230275 | SARENIDY BOYDSTON | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 |
| T230276 | PHILO BOYDSTON | PI | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 |
| T230448 | BERT JAY MILLER | PI | Regents, Board of University of Iowa Hospitals and Clinics | $5,200,000.00 |
| T230449 | NANCY JOY DUFFNER | PI | Regents, Board of University of Iowa Hospitals and Clinics | $5,200,000.00 |
| T230633 | REBECCA GWYNETH MYERS | PI | Regents, Board of University of Iowa Hospitals and Clinics | $5,200,000.00 |
| T230634 | RONALD MILTON STOUGHTON | PI | Regents, Board of University of Iowa Hospitals and Clinics | $5,200,000.00 |
| T230635 | ELIZABETH S BRIGHT | PI | Regents, Board of University of Iowa Hospitals and Clinics | $5,200,000.00 |
| T230638 | RICHARD LEE CHRISTY | PD | Corrections, Department of IMCC | $1,000.00 |
| T230650 | GAIL BEAMAN | PD | Corrections, Department of Fort Dodge | $90.00 |

## State Appeal Board Meeting - Tort Claims Approved

Monday November 6, 2023

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount | Recommend |
|---|---|---|---|---|---|
| T230188 | PATRICK O'BRIEN AS EXEC OF THE ESTATE OF JOANN O'BRIEN FOR PATRICK O'BRIEN | WD | Regents, Board of University of Iowa Hospitals and Clinics | $250,000.00 | $750,000.00 |
| T230189 | ESTATE OF JOANN O'BRIEN BY GARY O'BRIEN EXECUTOR | WD | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 | |
| T230190 | THE ESTATE OF JOANN O'BRIEN BY PATRICK O'BRIEN EX | WD | Regents, Board of University of Iowa Hospitals and Clinics | $1,000,000.00 | |
| T230191 | PATRICK O'BRIEN AS EXEC OF THE ESTATE OF JOANN O'BRIEN FOR GARY O'BRIEN | WD | Regents, Board of University of Iowa Hospitals and Clinics | $500,000.00 | |
| T230192 | GARY O'BRIEN AS EXEC OF ESTATE OF JOANN O'BRIEN FOR GARY O'BRIEN | WD | Regents, Board of University of Iowa Hospitals and Clinics | $500,000.00 | |
| T230193 | GARY O'BRIEN AS EXEC OF THE ESTATE OF JOANN O'BRIEN FOR PATRICK O'BRIEN | WD | Regents, Board of University of Iowa Hospitals and Clinics | $250,000.00 | |
| T230194 | PATRICK O'BRIEN AS EXEC OF THE ESTATE OF JOANN O'BRIEN FOR TONY O'BRIEN | WD | Regents, Board of University of Iowa Hospitals and Clinics | $250,000.00 | |
| T230195 | GARY O'BRIEN AS EXEC OF THE ESTATE OFJOANN O'BRIEN FOR TONY O'BRIEN | WD | Regents, Board of University of Iowa Hospitals and Clinics | $250,000.00 | |
| T230303 | M.D. A MINOR, BY AND THROUGH HER MOTHER | PI | Human Services, Department of General Administration | $50,000,000.00 | $5,000,000.00 |
| T230588 | H.R. (MINOR) & BY AND THROUGH HER LEGAL GUARDIANS | PI | Human Services, Department of General Administration | $50,000,000.00 | $5,000,000.00 |

**App. - 20**

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount | Recommend |
|---|---|---|---|---|---|
| T230631 | JANNELL HOLMES | PD | Human Services, Department of<br>Woodward | $749.85 | $755.85 |
| T230642 | CRAIG ESHELMAN | PD | Transportation, Department of<br>Vehicle Claims | $5,059.96 | $5,059.96 |
| T240009 | CRAIG HAMMOND | PD | Natural Resources, Department of | $700.00 | $700.00 |
| T240019 | STATE FARM MUTUAL INS CO<br>A/S/O DAVID CASTEN CLM # 15-<br>44C8-43N | PD | Regents, Board of<br>Vehicle Claims | $4,095.21 | $4,095.21 |
| T240037 | DEENA BIRETZ | PD | Natural Resources, Department of | $200.00 | $200.00 |
| T240041 | KEPOLA COLWELL | PD | Human Services, Department of<br>Glenwood | $1,748.73 | $1,748.73 |
| T240133 | PAUL SCRANTON | PD | Transportation, Department of<br>Vehicle Claims | $6,304.37 | $6,304.37 |
| T240149 | RICHARD O. LOW | PI | Regents, Board of<br>University of Iowa Hospitals and<br>Clinics | $100,000.00 | $100,000.0<br>0 |

18

############# #############

$104,118,858.12

$10,868,864.12

## State Appeal Board Meeting - Tort Claims Denied

Monday November 6, 2023

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T190006 | JOSHUA D MITCHELL | PI | Corrections, Department of Central Office | $122,968.50 |
| T190088 | CHARLES CRAIG | PD | Human Services, Department of General Administration | $45,300.00 |
| T190528 | KENNETH DOSS | PI | Parole, Board of | $169,000.00 |
| T190668 | DONNELL PEARL | PD | Corrections, Department of IMCC | $700.00 |
| T200023 | DE AARON SIMPSON | PI | Parole, Board of | $41,610.00 |
| T200047 | MICAH MATTHEWS | PD | Corrections, Department of Fort Madison | $22.03 |
| T200387 | BRIAN WESSON SPOONER | PI | Human Services, Department of General Administration | $300,000.00 |
| T200388 | BRAIN WESSON SPOONER | PI | Human Services, Department of General Administration | $300,000.00 |
| T200389 | RACHEL COX | PI | Human Services, Department of General Administration | $300,000.00 |
| T200390 | RACHEL COX | PI | Human Services, Department of General Administration | $300,000.00 |
| T210155 | AMY CULP D/B/A MUDDERS O/B/O ALL SIMILAR | PD | Governor/Lt. Governor's Office | ############# |
| T210178 | BRAD AUSTIN | PI | Judicial Branch | $250,000.00 |
| T210219 | BRIAN KEITH MCKENRICK | PI | Corrections, Department of CBC District 7 | $407,389.45 |
| T210597 | RONALD PAGLIAI | PI | Corrections, Department of Newton Correctional Facility | $75,000.00 |
| T220200 | GABRIEL ELIAS | PD PI | Regents, Board of Vehicle Claims | |

| Claim Number | Claimant | Type(s) | Dept Name | Claim Amount |
|---|---|---|---|---|
| T230133 | ALAN LEE KELLER | PD | Administrative Services, Department of | $818.98 |
| T230384 | SCOTT R LUKE | WD | Human Services, Department of Field Operations | $10,000,000.00 |
| T230385 | SCOTT R LUKE | WD | Human Services, Department of Field Operations | $10,000,000.00 |
| T230390 | SAMAYRA HAQUE, BY HER NEXT FRIEND AND FATHER, KASM HAQUE | PI | Regents, Board of University of Iowa Hospitals and Clinics | $100,000,000.00 |
| T230455 | THE ESTATE OF CADE WEAR; ANDREW AND KORTNIE CO- ADMIN OF ESTATE | WD | Regents, Board of University of Iowa Hospitals and Clinics | $30,000,000.0 0 |
| T230456 | THE ESTATE OF CADE WEAR; ANDREW AND KORTNIE CO-ADMIN OF ESTATE | WD | Regents, Board of University of Iowa Hospitals and Clinics | $30,000,000.0 0 |
| T230457 | ANDREW WEAR | WD | Regents, Board of University of Iowa Hospitals and Clinics | $30,000,000.0 0 |
| T230458 | ANDREW WEAR | WD | Regents, Board of University of Iowa Hospitals and Clinics | $30,000,000.0 0 |
| T230459 | KORTNIE WEAR | WD | Regents, Board of University of Iowa Hospitals and Clinics | $30,000,000.0 0 |
| T230460 | KORTNIE WEAR | WD | Regents, Board of University of Iowa Hospitals and Clinics | $30,000,000.0 0 |
| T230604 | ANTHONY JAMES EDWARD ONNEN | PD PI | Public Safety, Department of | $103,633.45 |
| T230618 | HUSEIN CEJANOVIC | PD | Corrections, Department of Fort Madison | $65.62 |

# STATE APPEAL BOARD
## Board of Directors Meeting
# Minutes

**DATE:**       February 6, 2023

**TIME:**       1:30 p.m.

**PLACE:**      Department of Management's Conference Room #14
State Capitol
Des Moines, Iowa

## BOARD MEMBERS PRESENT

Kraig Paulsen, Director, Dept. of Management
Roby Smith, Treasurer, State of Iowa - via phone
Rob Sand, Auditor, State of Iowa

## OTHERS PRESENT
Joseph Barry, Dept. of Management
Stan Thompson, Attorney General's Office
John McCormally, Auditor's Office
Kyle Harms, Treasurer's Office
Bradley Nielsen, AG's Office
Xavier Leonard, LSA

## CALL TO ORDER

Chair, Mr. Sand, called the Meeting to order at 1:30 p.m. and confirmed that a quorum was present.

## ADOPTION OF AGENDA

The Chair advised that there were no changes to the Agenda as submitted. **MOTION** by Mr. Paulsen, seconded by Mr. Sand to adopt the agenda. **MOTION** carried unanimously.

## APPROVAL OF MINUTES

**MOTION** to approve the January 10, 2023 minutes as submitted. **MOTION** by Mr. Paulsen, seconded by Mr. Sand. **MOTION** carried unanimously.

## CONSIDERATION OF GENERAL CLAIMS – Chapter 25

The Board considered all general claims as submitted to them by the Attorney General's Office (See Exhibit B).

No specific claims discussed.

**MOTION** by Mr. Sand to approve General Claims as submitted for review. Seconded by Mr. Paulsen. **MOTION** carried unanimously.

## RATIFICATION OF TORT CLAIMS – Chapter 669

The Board considered all tort claims as presented to them by the Attorney General's Office (See Exhibit B).

No specific claims discussed.

**MOTION** by Mr. Paulsen, seconded by Mr. Sand, to ratify all tort claims as submitted for review. **MOTION** carried unanimously.

## NEW SETTLEMENT/JUDGMENTS AS SUBMITTED BY ATTORNEY GENERAL'S OFFICE

**Attorney General representative Stan Thompson discussed the following submission to the Board:**

**Domenico Calcaterra M.D., Ph.D. v State of Iowa**
Settlement agreement in the amount of $55,000 for the alleged breach of contract by UIHC that led to missed employment opportunities.  Payment is to be made to Domenico Calcaterra.  Discussion followed.

**Courtney Mace Davis v UIHC and the Iowa Board of Regents**
Settlement agreement in the amount of $312,500 for alleged employment discrimination in the workplace and wrongful discharge.  Payments are to be divided and paid out as follows:  $94,452.80 payable to Ms. Davis via payroll processing so proper withholdings are taken.  $85,000.00 payable to Ms. Davis directly.  Remaining $133,047.20 is to be paid to attorney Newkirk Zwagerman, P.L.C.  Discussion followed.

**MOTION** by Mr. Sand, seconded by Mr. Paulsen, to ratify all the Settlements and Judgments as submitted by the Attorney General's Office. **MOTION** carried unanimously.

## RATIFICATION OF JANUARY ADMINISTRATIVE ACTIONS

Discussion to ratify the January 2023, Administrative Claims Process; Interagency Claims – "D" claim(s); Outdated Warrants; Tort Claims Under 28E Agreement; Monies paid from General Fund for Settlements and Judgments.

**MOTION** by Mr. Paulsen, seconded by Mr. Sand, to ratify all the Administrative Processed claim as submitted. **MOTION** carried unanimously.

## ADJOURNMENT

The meeting was adjourned at 1:38 p.m. The next regular monthly meeting is scheduled for Monday, March 6, 2023, at regular time of 1:30p.m.

STATE APPEAL BOARD

Rob Sand, Chairperson

Roby Smith, Vice-Chairperson

Kraig Paulsen, Member

**ATTEST:**
Joseph D. Barry – Risk Manager



**BRENNA BIRD**
ATTORNEY GENERAL

**CHRISTOPHER J. DEIST**
ASSISTANT ATTORNEY GENERAL

1305 E. WALNUT ST.
DES MOINES, IA 50319
Main: 515-281-5164 • Direct: 515-281-7240
Email: christopher.deist@ag.iowa.gov
www.iowaattorneygeneral.gov

**IOWA DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**

January 23, 2023

Joe Barry
Dept. of Management, State Appeal Board
State Capitol Bldg. Room 12

Re:     Domenico Calcaterra, M.D., Ph.D. v. State of Iowa, et al.
        (Johnson County Case No. LACV081955)

Dear Joe,

We have agreed to settle this lawsuit subject to the approval of the State Appeal Board and the Iowa District Court. The lawsuit alleged a breach by the University of Iowa Hospitals and Clinic of a contract entered by UIHC and a former employee, Dr. Domenico Calcaterra. Dr. Calcaterra alleged UIHC breached this contract by issuing work-related information to prospective employers which he claims cost him employment opportunities after he left UIHC in 2012.

We agreed to settle this lawsuit for the total sum of $55,000. Please forward to me a check payable to:

Domenico Calcaterra (SSN: ███████ )
9131 Benedetta Place
Boca Raton, FL 33496

I have enclosed a copy of the settlement agreement.

Sincerely,

Christopher J. Deist
Assistant Attorney General
(515) 281-7240
Christopher.deist@ag.iowa.gov

# SETTLEMENT AGREEMENT AND
# GENERAL RELEASE

This Settlement Agreement and General Release (the "Agreement") is made by and between Domenico Calcaterra ("Calcaterra") and the State of Iowa, the Iowa Board of Regents, and the University of Iowa Hospitals and Clinics (collectively "Defendants").

## RECITALS:

A.      Calcaterra filed a lawsuit in the Iowa District Court for Johnson County (the "Court") captioned *Domenico Calcaterra, M.D., Ph.D. v. The State of Iowa, Iowa Board of Regents, and the University of Iowa Hospitals and Clinics*, (Case No. LACV081955) (the "litigation"); and

B.      Calcaterra and the Defendants desire in good faith to settle fully and finally all differences between them, including, but not limited to, those differences embodied in the litigation;

In consideration of the mutual promises, obligations, and payments contained in this Agreement, it is agreed as follows:

1.      **Settlement Payment.** Defendants agree that when counsel of record for Defendants receives the fully executed original of this Agreement, and subject to paragraph 7 below, the Settlement Payment, of a total sum of $55,000, shall be allocated in the following manner:

(a)      a check in the amount of $55,000 made payable to:

Domenico Calcaterra

The Settlement Payment is tendered in full, final, and complete settlement of all claims made in the litigation and for any attorneys' fees, expenses, and costs that Calcaterra's attorneys may have incurred. The State of Iowa shall cause an IRS Form 1099-MISC to be issued to Calcaterra for this amount.

2.      **Tax Liability.**  Should any tax liability, interest, or penalties occur under federal or state law or regulations as a result of the payments made pursuant to this Agreement, Calcaterra agrees to be solely responsible for, and to timely pay, any and all such obligations.

3.      **Neutral Reference.**   Defendants agree that the language contained in the January 27, 2011, memorandum of agreement at issue in this litigation shall not be used, disseminated, or relied on in any manner for any potential future credentialing verification requests.

4.      **Stipulation for Dismissal.**  Within 10 business days of receipt of the funds outlined in paragraph 1, Calcaterra shall file a Dismissal with Prejudice for all of Calcaterra's claims against Defendants in the litigation, and shall file the Dismissal with the Court and without further cost to any party.

5.      **Full and Comprehensive Release.**  In consideration of the payment by Defendants to Calcaterra as set forth in paragraph 1 and the performance as set forth in paragraph 3, Calcaterra

1

hereby irrevocably and unconditionally releases, remises and forever discharges the Defendants and their agents, directors, officers, employees, representatives, attorneys, divisions, subsidiaries, affiliates (and agents, directors, officers, employees, representatives and attorneys of such divisions, subsidiaries and affiliates), and its predecessors, successors, heirs, executors, administrators and assigns, and all persons acting by, through, under or in concert with any of them (collectively "Releasees"), or any of them, of and from any and all actions, causes of actions, suits, debts, charges, the litigation, claims, liabilities, obligations, promises, agreements, controversies, damages, and expenses (including attorneys' fees and costs actually incurred), of any nature whatsoever, in law or equity, which he ever had, now has, or he or his heirs, executors and administrators hereafter may have against each or any of the Releasees, from the beginning of time to the date of this Agreement, by reason of any claims against the Defendants, or any of their directors, officers, agents, employees or representatives, arising from or related to Calcaterra's relationship with the Defendants (and compensation and benefits related thereto) and matters or allegations which are the subject matter of the litigation, including, but not limited to, any claims arising from any alleged violation by Defendants of any federal, state or local statutes, ordinances or common laws, including but not limited to, the Rehabilitation Act of 1973 (29 U.S.C. § 701 et seq.); Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.), the Age Discrimination in Employment Act of 1967 (29 U.S.C. § 621 et seq.); the Americans with Disabilities Act of 1990 (42 U.S.C. § 12101 et. seq.); the Equal Pay Act (29 U.S.C. § 206(d)); the Iowa Civil Rights Act (Iowa Code Chapter 216); Iowa's Wage Payment Collection Law (Iowa Code Chapter 91A); and any claims in violation of the common law or public policy of this state. Calcaterra acknowledges this release includes all claims against employees of the University of Iowa Hospitals and Clinics, the Iowa Board of Regents, and the State of Iowa in their official and individual capacities. Notwithstanding the above, it is agreed and understood that the releases contained in this paragraph do not cover any claims which by law Calcaterra cannot waive and any claims to enforce the terms of this Agreement.

      **6.**    **Extinguishment of All Claims, Known or Unknown.**  Calcaterra expressly acknowledges that this Agreement is intended to include all claims whether known or unknown to Calcaterra, that have arisen prior to or as of the execution of this Agreement by Calcaterra, and that this Agreement contemplates the extinguishment of any such claims.

      **7.**    **Authority to Settle.**  Calcaterra hereby represents and warrants that he (a) has authority to enter into this Agreement; (b) holds any and all claims free and clear of any liens and has not pledged or assigned those claims to any third party; (c) has not commenced or been subject to any bankruptcy or insolvency proceeding that affects or could affect his rights to accept payment and release claims under this Agreement; (d) has not received any promise of further consideration; and (e) does not know of any other person who holds any rights to sue for the causes of action or the claims subject to the release made hereunder. Calcaterra further agrees to indemnify and hold harmless each of the Releasees from and against any and all claims, actions, causes of actions, demands, rights, damages, costs, losses of services, expenses, compensation, taxes, or property damage (including attorney's fees, expenses, and costs of defense) which any person, partnership, corporation, entity, association, agency, or other organization may bring against any of the Releasees alleging facts and circumstances that are contrary to, inconsistent with, or arising from the breach of, the representations and warranties of this paragraph.

      **8.**    **Disclosure.**  Calcaterra and Defendants agree that this Agreement is a public record under Iowa law.  The parties acknowledge that this Settlement Agreement is subject to Iowa Code Chapter 22.13A and must be approved by the Executive Director of the Board of Regents and the

head of the institution and be reviewed by the Attorney General or her designee. This Agreement is not effective until it has received all necessary review and approvals. This Agreement will be posted to the Board of Regents web page.

**9.** **Governing Law**. This Agreement is made and entered into in the State of Iowa and shall in all respects be interpreted, enforced, and governed under the laws of Iowa. The language of all parts of this Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the parties.

**10.** **Severability.** Should any provision, sentence, term, or word of this Agreement other than the release and covenant not to sue be declared or determined by any court to be illegal or invalid, the validity of the remaining parts, terms, or provisions shall not be affected and said illegal or invalid part, term, provision, sentence, or word shall be deemed not to be a part of this Agreement.

**11.** **No Admission of Liability.** This Agreement is not, and shall not in any way be construed as, an admission by any Defendant that it engaged in any acts that violated any federal, state or local law.

**12.** **Entire Agreement.** This Agreement sets forth the entire agreement between the parties and fully supersedes any and all prior agreements or understandings between the parties pertaining to the subject matter of this Agreement.

**13.** **Voluntary Agreement.** Calcaterra represents and certifies that he has carefully read and fully understands all of the provisions and effects of this Agreement, that he has thoroughly discussed all aspects of this Agreement with his attorney, that he is voluntarily entering into this Agreement, and that the Defendants have not made any representations concerning the terms or effects of this Agreement other than those contained in it. Calcaterra further acknowledges he was given at least twenty-one (21) days to review and consider this Agreement in its entirety. Calcaterra understands that he may voluntarily waive this review period by signing and returning the Agreement prior to the expiration of 21 days. Calcaterra also acknowledges that he understands that he has up to seven (7) calendar days following the date he signs this Agreement to revoke his acceptance. The Agreement waives no rights or claims that may arise after its execution.

**14.** **Counterparts.** This Agreement may be signed in counterparts. Faxed or emailed signatures will be deemed originals.

3

PLEASE READ CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS. YOU HAVE A PERIOD OF TWENTY-ONE (21) CALENDAR DAYS TO CONSIDER THIS RELEASE. IF YOU SIGN THIS AGREEMENT, YOU WILL HAVE UP TO SEVEN (7) CALENDAR DAYS FOLLOWING THE DATE YOU SIGN IT TO REVOKE YOUR SIGNATURE. THE RELEASE SHALL NOT BECOME EFFECTIVE OR ENFORCEABILE UNTIL THIS SEVEN (7) CALENDAR DAY PERIOD HAS EXPIRED.

IN WITNESS WHEREOF, and intending to be legally bound hereby, Calcaterra and the University of Iowa Hospitals and Clinics on its own behalf and the behalf of the Iowa Board of Regents and the State of Iowa, have executed the foregoing Settlement Agreement and Release.

ON BEHALF OF PLAINTIFF:                    ON BEHALF OF DEFENDANTS:

By: _Domenico Calcaterra_                  By: _Kim D. Hunter_
DOMENICO CALCATERRA                            9F6662D7D90E496...
                                            THE STATE OF IOWA, IOWA
                                            BOARD OF REGENTS, AND THE
                                            UNIVERSITY OF IOWA
                                            HOSPITALS AND CLINICS

Date: _01/20/2023_                         Date: _1/23/2023_

4

DocuSign Envelope ID: E0893EEF-CADE-4175-B4EE-96F7DA7A3459



*Governing Iowa's public universities and special schools*

University of Iowa
Iowa State University
University of Northern Iowa
Iowa School for the Deaf
Iowa Educational Services for the Blind and Visually Impaired
Lakeside Laboratory Regents Resource Center
Western Iowa Regents Resource Center

**BOARD OF REGENTS**
STATE OF IOWA

Michael J. Richards, MD, President, *West Des Moines*
Sherry Bates, President Pro Tem, *Scranton*
David R. Barker, PhD, *Iowa City*
Nancy Boettger, *Harlan*
Abby Crow, *Tiffin*
Nancy Dunkel, *Dyersville*
Jim Lindenmayer, PhD, *Ottumwa*
JC Risewick, *Johnston*
Greta Rouse, *Emmetsburg*

Mark J. Braun, EdD, Executive Director

## Routing/Review Approval of Personnel Settlement Agreement

*Please sign/date where indicated below noting the approval or denial of the attached proposed Personnel Settlement Agreement.* **After signing, please return to the attention of BOR – General Counsel.** *If "denied," please return to BOR – General Counsel.*

In the matter of:  Domenico Calcaterra, M.D., Ph.D. v. State of Iowa, et al.
LACV081955

Institutional Staff:  Ellen Chambers, University of Iowa Hosp. & Clinics Deputy Counsel

### Office of the Attorney General

Reviewed by (Print Name):  Stan Thompson

Reviewer's Signature:

Date: 1/25/23        Reviewed: [✓]   Redacted: [ ]

Institution:  University of Iowa Hospitals and Clinics

Institutional Head's Printed Name:  Kimberly Hunter

Institutional Head's Signature:

Date: 1/23/2023        Approve: [X]   Deny: [ ]

### Board of Regents

Executive Director's Printed Name: Mark Braun

Executive Director's Signature:

Date: 1/20/2023        Approve: [✓]   Deny: [ ]

**BRENNA BIRD**
ATTORNEY GENERAL

**CHRISTOPHER J. DEIST**
ASSISTANT ATTORNEY GENERAL



1305 E. WALNUT ST.
DES MOINES, IA 50319
Main: 515-281-5164 • Direct: 515-281-7240
Email: christopher.deist@ag.iowa.gov
www.iowaattorneygeneral.gov

**IOWA DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**

January 23, 2023

Joe Barry
Dept. of Management, State Appeal Board
State Capitol Bldg. Room 12

Re:   Courtney Mace Davis v. University of Iowa Hospitals & Clinics, Iowa Board of Regents
      (Johnson County Case No. LACV082429)

Dear Joe,

      We have agreed to settle this lawsuit subject to the approval of the State Appeal Board and
the Iowa District Court. The lawsuit alleged employment discrimination on the basis of gender,
retaliation for raising complaints of gender discrimination in the workplace, and wrongful
discharge in violation of public policy by the University of Iowa Hospitals & Clinics. Ms. Mace
Davis claimed that UIHC subjected her to disparate treatment compared to male counterparts and
retaliated against her for raising her concerns to UIHC leadership, ultimately leading to her
termination in 2019.

      We agreed to settle this lawsuit for the total sum of $312,500. Please forward to me checks
in these amounts:

1.   **Check in the amount of $94,452.80 payable to:**
     Courtney Mace Davis (SSN: ███████████)
     802 Nebraska Avenue
     Winfield, IA 52659

2.   **Check in the amount of $85,000.00 payable to:**
     Courtney Mace Davis (SSN: ███████████)
     802 Nebraska Avenue
     Winfield, IA 52659

3.   **Check in the amount of $133,047.20 payable to:**
     Newkirk Zwagerman, P.L.C.
     (Tax ID No. ███████████)
     521 E. Locust Street, Ste. 300
     Des Moines, IA 50309

      I have enclosed a copy of the settlement agreement.

Sincerely,

Christopher J. Deist
Assistant Attorney General
(515) 281-7240
Christopher.deist@ag.iowa.gov

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and General Release (the "Agreement") is made and entered into on the last date written below by and between Courtney Mace Davis ("Mace Davis") and the University of Iowa Hospitals and Clinics ("UIHC"), on behalf of itself and the Iowa Board of Regents ("Regents") (both of which are arms of the State of Iowa), the State of Iowa, and their current and former successors, assigns, subsidiaries, divisions, affiliates, officers, directors, employees, agents, and representatives (UIHC, the Regents, and the State of Iowa collectively referred to herein as "the Released Parties", and all parties collectively referred to herein as "the Parties").

## RECITALS

A.     Mace Davis filed a lawsuit in the Iowa District Court for Johnson County (the "Court") captioned *Courtney Mace Davis v. University of Iowa Hospitals and Clinics, and Iowa Board of Regents*, (Case No. LACL082429) (the "Litigation");

B.     The Parties have a mutual interest in amicably resolving any and all disputes between them;

C.     The Parties have negotiated this Agreement in good faith to fully settle all differences between them including, but not limited to, those difference embodied in the Litigation;

D.     The Parties acknowledge and agree that this Agreement does not constitute any admission of wrongdoing or any admission of violations of applicable law, rule, or policy by either Party; and

E.     The Parties agree that the terms and conditions contained herein are fair, reasonable, and equitable and are the result of an arms' length negotiation between the Parties.

## AGREEMENT

**NOW, THEREFORE,** in consideration of the above recitals, which are expressly incorporated by all reference as if fully restated herein, and in exchange for their mutual promises and for other good and valuable consideration and intending to be legally bound herein, the Parties agree as follows:

1.     **Settlement Payment.** As consideration for the terms and conditions set forth in this Agreement, the Released Parties agree that the State of Iowa, on behalf of the Released Parties, will pay Mace Davis a total gross settlement amount of $312,500 ("Settlement Amount"). The Settlement Amount is more fully described as follows:

(a) The State of Iowa, on behalf of the Released Parties, shall pay to Mace Davis a portion of the Settlement Amount in the amount of $94,452.80, less required withholdings and deductions for applicable taxes, in settlement and compromise of Mace Davis's claims for lost earnings from employment. The State of Iowa shall cause an IRS W-2 to be issued to Mace Davis for this amount.

1

(b) The State of Iowa, on behalf of the Released Parties, shall pay to Mace Davis a portion of the Settlement Amount in the amount of $85,000.00 in settlement and compromise of Mace Davis's claims for non-wage compensatory damages, including claims for emotional distress. This payment will not be subject to withholding taxes at the time it is tendered. The State of Iowa shall cause an IRS Form 1099-MISC (checking Box 3, non-earned wages) to be issued to Mace Davis for this amount.

(c) The State of Iowa, on behalf of the Released Parties, shall pay to Newkirk Zwagerman, P.L.C., a portion of the Settlement Amount in the amount of $133,047.20, for payment of attorney fees and litigation expenses. This payment will not be subject to withholding taxes at the time it is tendered. The State of Iowa shall cause an IRS Form 1099-MISC (checking Box 10/Gross Proceeds to Attorney) to be issued to Newkirk Zwagerman, P.L.C., and Mace Davis reporting this payment.

Mace Davis acknowledges that these payments are in compromise of a dispute and that such payments are not to be construed as any of the Released Parties conceding the reasonableness of any attorney fees or costs, and are not to be construed as an admission of liability or wrongdoing on the part of any of the Released Parties, and that the Released Parties expressly deny any such liability or wrongdoing. Any payment made under this Agreement is subject to Iowa Code § 8A.504.

2.    **Tax Liability.** Should any tax liability, interest, or penalties occur under federal or state law or regulations as a result of the payments made pursuant to this Agreement, Mace Davis agrees to be solely responsible for, and to timely pay, any and all such obligations. Mace Davis shall hold the Released Parties harmless and indemnify them from any such tax liability, interest, and penalties assessed against them due to Mace Davis's failure to timely pay any tax liability, interest, or penalties relating to the payments made pursuant to this Agreement.

3.    **Neutral Reference.** As further consideration for the terms and conditions set forth in this Agreement, the Released Parties agree that for reference inquires directed to UIHC, UIHC shall provide a neutral reference regarding Mace Davis's employment, by providing her job titles, dates of employment, and base pay. Additionally, UIHC agrees to allow Mace Davis to provide a brief written response to her termination letter, which shall not exceed two (2) pages and will be included in her personnel records and provided in response to any public records requests received by UIHC regarding the termination of Mace Davis's employment, pursuant to Iowa Code Chapter 22.

4.    **Stipulation for Dismissal.** Within five (5) business days of receipt of the Settlement Payment outlined in paragraph 1, Mace Davis shall file with the Court a Dismissal with Prejudice for all of Mace Davis's claims against Defendants in the Litigation and shall file the Dismissal with the Court and without further cost to any party. If the Court does not grant the motion to dismiss with prejudice, this Agreement will have no effect.

5.    **Full and Comprehensive Release.** In consideration of the payment by the Released Parties to Mace Davis as set forth in paragraph 1 and the condition as set forth in paragraph 3, the sufficiency of which the Parties acknowledge, Mace Davis hereby irrevocably and unconditionally releases, remises and forever discharges the Released Parties and their agents, directors, officers, employees, representatives, attorneys, divisions, subsidiaries, affiliates (and agents, directors, officers, employees, representatives and attorneys of such divisions, subsidiaries and affiliates), and their

2

predecessors, successors, heirs, executors, administrators and assigns, and all persons acting by, through, under or in concert with any of them (collectively "Releasees"), or any of them, of and from any and all actions, causes of actions, suits, debts, charges, the litigation, claims, liabilities, obligations, promises, agreements, controversies, damages, and expenses (including attorneys' fees and costs actually incurred), of any nature whatsoever, in law or equity, which she ever had, now has, or she or her heirs, executors and administrators hereafter may have against each or any of the Releasees, from the beginning of time to the date of this Agreement, by reason of any claims against the Released Parties, or any of their directors, officers, agents, employees or representatives, arising from or related to Mace Davis's relationship with the Released Parties (and compensation and benefits related thereto) and matters or allegations which are the subject matter of the litigation, including, but not limited to, any claims arising from any alleged violation by the Released Parties of any federal, state or local statutes, ordinances or common laws, including but not limited to, the Rehabilitation Act of 1973 (29 U.S.C. § 701 et seq.); Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.), the Age Discrimination in Employment Act of 1967 (29 U.S.C. § 621 et seq.); the Americans with Disabilities Act of 1990 (42 U.S.C. § 12101 et. seq.); the Equal Pay Act (29 U.S.C. § 206(d)); the Iowa Civil Rights Act (Iowa Code Chapter 216); Iowa's Wage Payment Collection Law (Iowa Code Chapter 91A); and any claims in violation of the common law or public policy of this state. Mace Davis acknowledges this release includes all claims against employees of UIHC, the Regents, and the State of Iowa in their official and individual capacities. Notwithstanding the above, it is agreed and understood that the releases contained in this paragraph do not cover any claims which by law Mace Davis cannot waive and any claims to enforce the terms of this Agreement.

6.    **Covenant Not to Sue.** In consideration of the Settlement Payment to Mace Davis as set forth in paragraph 1 and the condition as set forth in paragraph 3, the sufficiency of which the Parties acknowledge, Mace Davis agrees, promises, and covenants that neither she, nor any person, organization or any other entity acting on her behalf will file, charge, claim, sue, cause, or permit to be filed, charged, or claimed, any action for damages or other relief (including injunctive, declaratory, monetary relief, or other) against the Released Parties, including their respective affiliates, successors officers, directors, employees, agents, current or former students, and representatives, whether in their individual capacity or official capacity, involving any matter which occurred in the past up to the date of this Agreement, including any continuing effects thereof, or otherwise involving any claims, demands, causes of action, obligations, damages, or liabilities which are the subject of this Agreement.

7.    **Extinguishment of All Claims, Known or Unknown.** Mace Davis expressly acknowledges that this Agreement is intended to include all claims whether known or unknown to Mace Davis, that have arisen prior to or as of the execution of this Agreement by Mace Davis, and that this Agreement contemplates the extinguishment of any such claims.

8.    **Disclosure.** The Parties agree that this Agreement is a public record under Iowa law. The Parties acknowledge that this Settlement Agreement is subject to Iowa Code § 22.13A and must be approved by the Executive Director of the Board of Regents and the head of the institution and be reviewed by the Attorney General or her designee. This Agreement is not effective until it has received all necessary review and approvals. This Agreement will be posted to the Board of Regents web page.

9.    **Governing Law.** This Agreement is made and entered into in the State of Iowa and shall in all respects be interpreted, enforced, and governed under the laws of Iowa. The language of

3

all parts of this Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the parties.

**10.** **Severability.** Should any provision, sentence, term, or word of this Agreement other than the release and covenant not to sue be declared or determined by any court to be illegal or invalid, the validity of the remaining parts, terms, or provisions shall not be affected and said illegal or invalid part, term, provision, sentence, or word shall be deemed not to be a part of this Agreement.

**11.** **No Admission of Liability.** This Agreement is not, and shall not in any way be construed as, an admission by either of the Released Parties that it engaged in any acts of discrimination, harassment, and/or retaliation against Plaintiff or that it violated any federal, state or local law.

**12.** **Representation by Mace Davis.** Mace Davis hereby represents and warrants that she (a) has authority to enter into this Agreement; (b) holds any and all claims free and clear of any liens and has not pledged or assigned those claims to any third party; (c) has not commenced or been subject to any bankruptcy or insolvency proceeding that affects or could affect her rights to accept payment and release claims under this Agreement; (d) has not received any promise of further consideration; and (e) does not know of any other person who holds any rights to sue for the causes of action or the claims subject to the releases made hereunder. Mace Davis further agrees to indemnify and hold harmless each of the Released Parties from and against any and all claims, actions, causes of actions, demands, rights, damages, costs, losses of services, expenses, compensation, taxes, or property damage (including attorneys' fees, expenses, and costs of defense) which any person, partnership, corporation, entity, association, agency, or other organization may bring against the Released Parties alleging facts and circumstances that are contrary to, inconsistent with, or arising from the breach of, the representations and warranties of this paragraph.

**13.** **Entire Agreement.** This Agreement sets forth the entire agreement between the parties and fully supersedes any and all prior agreements or understandings between the Parties pertaining to the subject matter of this Agreement.

**14.** **Voluntary Agreement.** Mace Davis represents and certifies that she has carefully read and fully understands all of the provisions and effects of this Agreement, that she has thoroughly discussed all aspects of this Agreement with her attorney, that she is voluntarily entering into this Agreement, and that the Released Parties have not made any representations concerning the terms or effects of this Agreement other than those contained in it. Mace Davis further acknowledges she was given at least twenty-one (21) days to review and consider this Agreement in its entirety. Mace Davis understands that she may voluntarily waive this review period by signing and returning the Agreement prior to the expiration of twenty-one (21) days. Mace Davis also acknowledges that she understands that she has up to seven (7) calendar days following the date she signs this Agreement to revoke her acceptance. The Agreement waives no rights or claims that may arise after its execution.

**15.** **Counterparts.** This Agreement may be signed in counterparts. Faxed or emailed signatures will be deemed originals.

4

PLEASE READ CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS. YOU HAVE A PERIOD OF TWENTY-ONE (21) CALENDAR DAYS TO CONSIDER THIS RELEASE. IF YOU SIGN THIS AGREEMENT, YOU WILL HAVE UP TO SEVEN (7) CALENDAR DAYS FOLLOWING THE DATE YOU SIGN IT TO REVOKE YOUR SIGNATURE. THE RELEASE SHALL NOT BECOME EFFECTIVE OR ENFORCEABILE UNTIL THIS SEVEN (7) CALENDAR DAY PERIOD HAS EXPIRED.

**IN WITNESS WHEREOF,** and intending to be legally bound hereby, Mace Davis and the University of Iowa Hospitals and Clinics on its own behalf and the behalf of the Board of Regents, the State of Iowa, have executed the foregoing Settlement Agreement and Release.

ON BEHALF OF PLAINTIFF:

ON BEHALF OF DEFENDANTS:

By: _Courtney Mace Davis (Jan 23, 2023 13:15 CST)_

**COURTNEY MACE DAVIS**

By: _kim D. Hunter_
9E6662D7D90E498...

*Interim CEO Kim Hunter*
**THE UNIVERSITY OF IOWA HOSPITALS AND CLINICS, IOWA BOARD OF REGENTS**

Date: **Jan 23, 2023**

Date: 1/23/2023

5

DocuSign Envelope ID: A2D83368-487D-4D3B-BD91-CE1661AD6C72



*Governing Iowa's public*
*universities and special schools*

University of Iowa
Iowa State University
University of Northern Iowa
Iowa School for the Deaf
Iowa Educational Services for the Blind and
   Visually Impaired
Lakeside Laboratory Regents Resource Center
Western Iowa Regents Resource Center

Michael J. Richards, MD, President, *West Des Moines*
Patty Cownie, President Pro Tem, *Des Moines*
David R. Barker, PhD, *Iowa City*
Sherry Bates, *Scranton*
Nancy Boettger, *Harlan*
Milt Dakovich, *Waterloo*
Nancy Dunkel, *Dyersville*
Zackery C. Leist, *Clarion*
Jim Lindenmayer, PhD, *Ottumwa*

Mark J. Braun, Executive Director

## BOARD OF REGENTS
### STATE OF IOWA

## Routing/Review Approval of Personnel Settlement Agreement

*Please sign/date where indicated below noting the approval or denial of the attached proposed Personnel Settlement Agreement.* **After signing, please return to the attention of BOR – General Counsel.** *If "denied," please return to BOR – General Counsel.*

In the matter of:  Courtney Mace Davis v. University of Iowa Hosp. & Clinics, et al.
              LACV081955

Institutional Staff:  Kyle Fogt, University of Iowa Hosp. & Clinics Deputy Counsel

### Office of the Attorney General

Reviewed by (Print Name): Stan Thompson

Reviewer's Signature: _____

Date: _____   Reviewed: ☐   Redacted: ☐

Institution:   University of Iowa Hospitals and Clinics

Institutional Head's Printed Name:   Kimberly Hunter

Institutional Head's Signature: _____
                               DocuSigned by:
                               *Kim D. Hunter*
                               9F8662D7D90E496...

Date: 1/23/2023 _____   Approve: ☐   Deny: ☐

### Board of Regents

Executive Director's Printed Name: Mark Braun

Executive Director's Signature: _____

Date: _____   Approve: ☐   Deny: ☐

DocuSign Envelope ID: 2150F65A-AE21-4A6B-892B-F47294A7E701



*Governing Iowa's public*
*universities and special schools*

University of Iowa
Iowa State University
University of Northern Iowa
Iowa School for the Deaf
Iowa Educational Services for the Blind and
   Visually Impaired
Lakeside Laboratory Regents Resource Center
Western Iowa Regents Resource Center

Michael J. Richards, MD, President, *West Des Moines*
Sherry Bates, President Pro Tem. *Scranton*
David R. Barker, PhD, *Iowa City*
Nancy Boettger, *Harlan*
Abby Crow, *Tiffin*
Nancy Dunkel, *Dyersville*
Jim Lindenmayer, PhD, *Ottumwa*
JC Risewick, *Johnston*
Greta Rouse, *Emmetsburg*

Mark J. Braun, EdD, Executive Director

## BOARD OF REGENTS
### STATE OF IOWA

### Routing/Review Approval of Personnel Settlement Agreement

*Please sign/date where indicated below noting the approval or denial of the attached proposed Personnel Settlement Agreement.* ***After signing, please return to the attention of BOR – General Counsel.*** *If "denied," please return to BOR – General Counsel.*

In the matter of:  Courtney Mace Davis v. University of Iowa Hosp. & Clinics, et al.
                   LACV081955

Institutional Staff:  Kyle Fogt, University of Iowa Hosp. & Clinics Deputy Counsel

#### Office of the Attorney General

Reviewed by (Print Name):  Stan Thompson _____

Reviewer's Signature:         _____

Date: _____        Reviewed: ☐        Redacted: ☐

Institution:   University of Iowa Hospitals and Clinics _____

Institutional Head's Printed Name:   Kimberly Hunter _____

Institutional Head's Signature:         _____

Date: _____        Approve: ☐        Deny: ☐

#### Board of Regents

Executive Director's Printed Name: Mark Braun _____

Executive Director's Signature:    _____
                                    DocuSigned by:
                                    FE808DCFCBED45B...

Date: 1/23/2023 _____        Approve: ☑        Deny: ☐

# STATE APPEAL BOARD
## Board of Directors Meeting
# Minutes

**DATE:**    June 21, 2023

**TIME:**    1:30 p.m.

**PLACE:**    Department of Management's Conference Room #14
State Capitol
Des Moines, Iowa

## BOARD MEMBERS PRESENT

Kraig Paulsen, Director, Dept. of Management
Roby Smith, Treasurer, State of Iowa
Rob Sand, Auditor, State of Iowa – via

## OTHERS PRESENT

Joseph Barry, Dept. of Management
Stan Thompson, Attorney General's Office
Bradley Nielsen, Attorney General's Office
Anthony Arellano, LSA
Carrie Johnson – DOM
Russ Trimble – TOS
Jenny Wall - AOS

## CALL TO ORDER

Chair, Mr. Sand, called the Meeting to order at 1:00 p.m. and confirmed that a quorum was present with all Board members attending

## ADOPTION OF AGENDA

The Chair advised that there were no changes to the Agenda as submitted.
**MOTION** by Mr. Paulsen, seconded by Mr. Smith to adopt the agenda.
**MOTION** carried unanimously.

## BUDGET PROTEST – WARREN COUNTY, HEARING PANEL RECOMMENDATION

Hearing panel comprised of:
Russ Trimble, TOS – Chief of Staff, presiding hearing officer
Carrie Johnson, IDOM – Property Valuation and County Budget Administration
Ted Nellesen, IDOM - City Budget Administrator
Jenny Wall, AOS – Manager

Ms. Johnson, spokesperson for the hearing panel, surmised the Warren County Budget protest held on May 24, 2023 in Indianola, IA. Also recapped were the procedures and requirements needed for the meeting to be held as described and pursuant to the provisions of Section 331.436 and Chapter 24 of the Code of Iowa.

This protest involved a public meeting involving specific objections to the Warren County FY2024 budget that were raised by the petitioners (primary spokesperson was Mr. Adam Hill), and presented to Warren County (primary spokesperson was County Board of Supervisors Chair, Mr. Darren Heater).

Ms. Johnson provided the State Appeal Board "Order" (enclosed) to the State Appeal Board members with descripted recap of the Procedural History and the line items objections. Ms. Johnson detailed the full overview of "Discussion" topics as presented to the panel by the Petitioners which consisting of both oral and written documentation, as well as, the recapped responses and supporting documentation to the protest items by Warren County.

In addition to both sides' presentations, the protest meeting is open to the public for anyone to voice their input, questions, concerns and comments pertaining to and related to topic.

From the submitted materials and oral arguments from both sides, the hearing panel reviewed and provided their "Findings of Fact" as they related to Iowa Code section 24.27.  "the hearing panel used all information and addressed all presented and provided materials to consider all situations to come to a conclusion and have the ability to provide a recommendation to the State Appeal Board".

The State Appeal Board has jurisdiction over the subject matter of this appeal pursuant to Iowa Code sections 24.28 and 331.436.

Ms. Johnson provided the following information under the hearing panel's Basis of Decision, quoting in part, Iowa Code 24.28 that states "at all hearings, the burden shall be upon the objectors regarding any reduction or exclusion of budget items being proposed.  The Code also states that the burden shall be upon the certifying board or the levying board regarding any new budget items or increase in any budget item explaining if the addition or increase is necessary, reasonable and in the interest of public welfare.

Ms. Johnson then presented the "Order" to the State Appeal Board which consist of the conclusion and recommendation based on the information provided by the parties involved and the Iowa Code.

**Budget Protest - Warren County Budget, continued**

>The State Appeal Board shall order a decrease of $1,200,000.00 from the Rural Basic tax asking (utility replacement and property tax dollars).
>The State Appeal Board also recommends Warren County adopt a fund balance policy to guide its financial decision making going forward.

>**MOTION** adoption and agreement to the submitted Order and recommendations as provided by the hearing panel was made by Mr. Paulsen. **MOTION** was seconded by Mr. Smith.  **MOTION** carried unanimously.

## APPROVAL OF MINUTES

>Mr. Barry addressed the Board discussing an item not able to be ratified at the time of the May 1 meeting date due to a settlement payment still not completed for uncontrollable reasons.  The situation was resolved and payment did take place as instructed.  Mr. Barry asked that this item be noted and that ratification by the Board for the DeJong settlement item be completed at today's meeting.

>**MOTION** to approve the May 1, 2023 minutes as submitted. **MOTION** by Mr. Paulsen, seconded by Mr. Smith. **MOTION** carried unanimously.

## CONSIDERATION OF GENERAL CLAIMS – Chapter 25

>The Board considered all general claims as submitted to them by the Attorney General's Office (See Exhibit B).

>No specific General Claims discussed.

>**MOTION** by Mr. Paulsen to approve General Claims as submitted for review. Seconded by Mr. Smith. **MOTION** carried unanimously.

## RATIFICATION OF TORT CLAIMS – Chapter 669

>The Board considered all tort claims as presented to them by the Attorney General's Office (See Exhibit B).

>No specific claims discussed.

>**MOTION** by Mr. Paulsen, seconded by Mr. Sand, to ratify all tort claims as submitted for review. **MOTION** carried unanimously.

## NEW SETTLEMENT/JUDGMENTS AS SUBMITTED BY ATTORNEY GENERAL'S OFFICE

### Coder v State

Alleged medical malpractice involving UHIC and a claim arising out of the delivery of a child that developed complications resulting in life long medical injuries and conditions.  Original and initial demand of $38 million was settled in the amount of $5,000,000.00.  Payment of amount to be as follows: 25% by UIP and 75% by SAB and general funds.  The full amount = 100% will in fact be paid by SAB since UIP has already met the $9 million out of pocket CAP for FY'23. $4,250,000.00 payment will be made to the Reiter Law Firm and $750,000.00 will be made to Margaret Coder and placed in Annuity for monthly distribution. Discussion followed.

**MOTION** by Mr. Paulsen and seconded by Mr. Sand to pay agreement as recommended.  Mr. Smith vote opposed this recommendation.  **MOTION** passes with a 2 – 1 vote.

### Theresa Miller, M.D. v UIHP and the Board of Regents

Alleged employment discrimination on the basis of disability, retaliation and failure to accommodate.  Agreement in the amount of $495,000.00 will be paid as follows: $96,855.53 through payroll process at the University, $150,000.00 paid directly to Theresa Miller and $248,144.47 will be paid to Newkirk Zwagerman attorneys.  Discussion followed.

**MOTION** by Mr. Paulsen and seconded by Mr. Sand to pay agreement as recommended.  Mr. Smith vote opposed this recommendation.  **MOTION** passes with a 2 – 1 vote.

### Cherryl & Michael Woltjer v State of Iowa, Eric Ely

Agreement in the amount of $25,000.00 for the alleged negligence by Iowa State University where Mr. Ely fell over the railing at Jack Trice Stadium landing on and causing injuries to the Woltjers. Payment is to be made to Cherryl and Michael Woltjer.  Discussion followed.

**MOTION** by Mr. Paulsen and seconded by Mr. Sand to pay agreement as recommended.  **MOTION** passes unanimously

### Susan Rowe, et al  v State of Iowa

Agreement in collective action lawsuit under Fair Labor Standards Act for alleged overtime pay, interest, liquidated damages and attorney fees and costs owed for plaintiffs that include 210 Registered Nurses.  Payment for agreement are to be made as follows.  $286,525.19 to Stoltze & Stoltze, $25,000.00 to Stoltze & Stoltze for out of pocket costs; $830,571.28 which includes holiday pay updated amount of $11,927.88 and will be paid to plaintiffs through payroll processing by facility employed; and an additional $5000.00 each to the 5 "Named Representatives, Susan Rowe, Christine Kleiber, Tammy Burden, Julie Schropp and Stacy Good. Discussion followed.

**MOTION** by Mr. Paulsen and seconded by Mr. Sand to pay agreement as recommended.  **MOTION** passes unanimously.

### Belin v Reynolds
Agreement in the amount of $135,136.00 for attorney fees and cost for lawsuit which alleged open records violations by the Governor's Office. Payment is to be made to the American Civil Liberties Union of Iowa Foundation.
**MOTION** by Mr. Paulsen and seconded by Mr. Smith to pay agreement as recommended. Mr. Sand vote opposed this recommendation. **MOTION** passes with a 2 – 1 vote.

### Rasmussen v Reynolds and Rasmussen v Iowa Dept of Public Health
Agreement in the amounts of $24,364.25 and $14,608.50 for attorney fees and costs in the two lawsuits for alleged open records violations by the Governor's Office and the IA Dept of Public Health. Total payment of $38,972.75 is to be made to the Dickey, Campbell, Sahag Law Firm P.L.C. Discussion followed.
**MOTION** by Mr. Paulsen and seconded by Mr. Smith to pay agreement as recommended. Mr. Sand vote opposed this recommendation. **MOTION** passes with a 2 – 1 vote.

### Michael Wayne Lindgren v State of Iowa
A mediation conducted by a federal magistrate judge settled this alleged rights violation and access to magazines that impact his ability as a tattoo artist. Agreement made for payment in the amount of $540.00 for out of pocket court costs and no attorney fees to be made to Mr. Lindgren. Discussion followed.
**MOTION** by Mr. Paulsen and seconded by Mr. Smith to pay agreement as recommended. **MOTION** passes unanimously.

## RATIFICATION OF MAY ADMINISTRATIVE ACTIONS

Discussion to ratify the May 2023, Administrative Claims Process; Interagency Claims – "D" claim(s); Outdated Warrants; Tort Claims Under 28E Agreement; Monies paid from General Fund for Settlements and Judgments.

This ratification also includes earlier referenced payment to DeJong from April settlements which has now been satisfied.

**MOTION** by Mr. Paulsen, seconded by Mr. Smith, to ratify all the Administrative Processed claims as submitted including roll over item from prior month. **MOTION** carried unanimously.

Minutes of the June 21, 2023  Meeting
Page 6

**ADJOURNMENT**

The meeting was adjourned at 1:30 p.m. The next regular monthly meeting is scheduled for Monday, July 3, 2023, at regular time of 1:30p.m.

***UPDATE OF JULY MEETING DATE***

The July meeting, due to the fact the timeframe between June's and July's is so short of turnaround, will be cancelled.  All Board members were asked and all agreed in the rescheduled date and time for the next meeting to be held on Monday, August 7, 2023 at 1:30pm.

STATE APPEAL BOARD

_____
Rob Sand, Chairperson

*VIA PHONE/GOOGLE MEET.*
_____
Roby Smith, Vice-Chairperson

_____
Kraig Paulsen, Member

ATTEST:
_____
Joseph D. Barry – Risk Manager

BRENNA BIRD
ATTORNEY GENERAL

STAN THOMPSON
DEPUTY ATTORNEY GENERAL



1305 E. WALNUT ST.
DES MOINES, IA 50319
Main: 515-281-5164 • Direct: 515-281-4951
Email: stan.thompson@ag.iowa.gov
www.iowaattorneygeneral.gov

IOWA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

May 22, 2023

Mr. Joseph Barry
Dept. of Management, State Appeal Board
State Capitol Bldg. Room 12

Re: Coder v. State (LACV079556 (Johnson))

Dear Mr. Barry,

This case involves a claim arising out of the delivery of a child at University of Iowa Hospitals & Clinics on July 11, 2015. The labor was prolonged and difficult. The child is now 7 years old and has profound cerebral palsy, is unable to speak, sit or feed herself and has limited mobility. She is fed by g-tube and requires significant long-term care.

Trial is scheduled for January 2024 and in March of 2023 the district court entered rulings on a number of important motions. Thereafter, both parties agreed it would be mutually beneficial to resume settlement negotiations.

Plaintiffs' experts would testify that the life care plan at a residential facility would cost in excess of $30 million. The defense would have expert testimony that cost for care at a residential facility would be $6.1 million. Significant loss of consortium damages were claimed. The initial demand was for $38 million.

The case settled for $5 million. The care involved several physicians and nursing staff members. The allocation for purposes of the 28E Agreement was 25% UIP and 75 % non-UIP. A copy of the release is attached.

Sincerely,

*/s/ SJT*

Stan Thompson
Deputy Attorney General for Civil Litigation
515.281.4951
Stan.thompson@ag.iowa.gov

# RELEASE

We, the undersigned, Kyle and Lauren Coder, Individually and as parents and next friends of our child, M.C., in consideration of the payment to us the sum of Five Million Dollars ($5,000,000.00) (the "Proceeds of Settlement"), inclusive of Cash and Periodic Payments to be further described in Addendum A to the Release, do hereby release, acquit and forever discharge the State of Iowa, d/b/a University of Iowa Hospitals and Clinics, and all of its physicians, medical personnel, hospital personnel, other health care providers, agents, employees, representatives, heirs, executors, administrators, predecessors and successors in interest, subsidiaries, affiliates, partners, privies, assigns, and insurers of the State of Iowa (collectively the "Released Parties") from any and all liability whatsoever, including any and all claims, demands, causes of action, damages and costs (including attorneys' fees, lost wages, earnings and/or medical expenses) of every nature affecting us and/or our minor child, whether known or unknown, which we and/or our minor child may have or ever claim to have by reason of any medical care or treatment, or hospital care or other services, or lack thereof, provided to Lauren Coder and M.C. at the University of Iowa Hospitals & Clinics in and around July 2015 (the "Occurrence") as alleged in the Amended Petition, Law No. LACV079556, filed on January 16, 2018, in the District Court of Iowa, Johnson County and the Iowa Tort Claims Nos. T170618, -619, and -620 related thereto (the "Action").

As further consideration for said payment and waiver, we hereby agree:

1.  That this Release covers any and all injuries and damages to us and/or our minor child, whether known or not, and which may hereafter appear or develop arising from the Occurrence and the subject of the Action.

Page 1 of 4

2. That this Release is executed as a compromise settlement of a disputed claim, liability for which is expressly denied by the Released Parties, and the payment of the above sum does not constitute an admission of liability on the part of any person or entity.

3. That we are executing this Release solely in reliance upon our knowledge, belief and judgment and not upon any representations made by the parties released or others on their behalf.

4. That the above sum, inclusive of Cash and Periodic Payments, is all that we and/or our minor child, or anyone else, will receive for this claim against the State of Iowa and no promise for any other or further consideration has been made by anyone.

5. All sums set forth herein constitute damages on account of personal injuries or sickness in a case involving physical injury or physical sickness, within the meaning of Sections 104(a)(2) and 130(c) of the Internal Revenue Code of 1986, as amended.

6. That we will indemnify and hold harmless the Released Parties from any and all subrogated claims and/or liens, including but not limited to Tricare, Medicare, Medicaid, and/or Social Security, which may be enforceable under common law and/or any statute or insurance contract, whether known or not and which may hereafter appear or develop as a result of the Occurrence.

7. That we agree to indemnify and hold harmless the Released Parties, their heirs, executors, administrators, agents and assigns, for any loss of Tricare, Medicare, Medicaid and/or Social Security benefits as a result of the Occurrence or the receipt of the Proceeds of Settlement. In addition, we release any right to bring any possible future action against the Released Parties as a result of a claim or action filed under §1395 of the Medicare Secondary Payer Statute (MSP) against the releasees, their heirs, executors, administrators, agents, and assigns as a result of the Occurrence or the receipt of the Proceeds of Settlement.

8. That we acknowledge this Release is a public record pursuant to Iowa Code Chapter 22 and other pertinent statutory provisions.

9. That we acknowledge that approval of the full settlement amount by the State Appeal Board for the State of Iowa is a condition precedent to enforcement of this agreement.

10. That in further consideration of this Release, and upon receipt of the Proceeds of Settlement, inclusive of Cash and Periodic Payments, we

Page 2 of 4

will dismiss the pending Action with prejudice. We will be responsible for any court costs. Any and all other costs and fees associated with bringing or defending these Actions shall be borne by the parties themselves.

**WE HAVE READ THE FOREGOING RELEASE, AND UNDERSTAND ITS TERMS AND FREELY AND VOLUNTARILY SIGN THE SAME.**

Dated this 9th day of June, 2023.

_____
KYLE CODER, Individually and as parent, and next friend for his minor child, M.C.

STATE OF Georgia )
                 ) ss:
COUNTY OF Columbia )

Sworn to and subscribed before me by Kyle Coder on this 9th day of June, 2023.

_____
Notary Public in and for said County and State

Dated this 9th day of June, 2023.

_____
LAUREN CODER, Individually and as parent, and next friend for her minor child, M.C.

STATE OF Georgia )
                 ) ss:
COUNTY OF Columbia )

Page 3 of 4

Sworn to and subscribed before me by Lauren Coder on this _9th_ day of
_June_, 2023.

Roman T. Cheek
Notary Public in and for said County and State

Page 4 of 4

## ADDENDUM A TO THE RELEASE

**Payments**

In consideration of the release set forth above, the State of Iowa has offered to pay the sums outlined below, inclusive of Cash and Periodic Payments. Plaintiff(s) acknowledge the current value or cost to the State of Iowa of this entire settlement, inclusive of Cash and Periodic Payments, is $5,000,000.00:

**Cash:** $4,250,000.00 is the Cash portion due and payable to The Reiter Law Firm, P.C., attorneys for Kyle, Lauren, and Margaret Coder. This includes, but is not limited to, attorney fees, legal expenses, and liens.

**Periodic Payments:** $750,000.00 is the cost to the State of Iowa to provide for the schedule of future periodic payments outlined below. Disclosure of this cost has been required as a condition of settlement. No part of the cost being paid by the State of Iowa to provide funding for the schedule of future periodic payments may be paid directly to Plaintiff(s) or their attorneys since the parties negotiated for a structured settlement. The State of Iowa agrees to pay, or cause to be paid, future periodic payments per the schedule as follows ("Periodic Payments"):

To Margaret Eleanor Coder First Party Special Needs Trust ("Payee"):

$1,996.35 for life, payable monthly, guaranteed for 30 years, beginning on October 01, 2023, increasing at a rate of 3.00% compounded annually, with the last guaranteed payment on September 01, 2053.

Annuity Issuer: Independent Life Insurance Company
Assignee: Independent Assignment Company
Measuring Life: Margaret Coder

If Margaret Coder dies on or before September 01, 2053, Annuity Issuer or Assignee will pay benefits to Margaret Coder's contingent payee designation as follows: Annuity Issuer or Assignee will pay Margaret Coder's designated payee a single lump sum. The single lump sum shall be calculated using a discount interest rate equal to the annual effective yield based on the current bid price as reported in The Wall Street Journal for the U.S. Treasury Note or Bond with a maturity date of thirty (30) years, reported at the close of business on the date of Margaret Coder's death, plus two-and-one-half (2.50%) percent. If this date is not a business day, the rate reported on the next following business day will be used.

**Consent to Qualified Assignment**

Plaintiff(s) acknowledge and agree the State of Iowa will make a "qualified assignment," within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, of the State of Iowa's liability to make the Periodic Payments to Assignee. Assignee's obligation for payment of the Periodic Payments shall be no greater or lesser than that of the State of Iowa (whether by judgment or agreement) immediately preceding the assignment of the Periodic Payments obligation.

Plaintiff(s) accept this assignment without right of rejection and completely release and discharge the State of Iowa from the Periodic Payments obligation assigned to the Assignee. Plaintiff(s) recognize the Assignee shall be the sole obligor with respect to the Periodic Payments obligation. Plaintiff(s) understand and agree that, with the State of Iowa's assignment of the duties and obligations to make the Periodic Payments to Assignee pursuant to this agreement, all duties and responsibilities otherwise imposed upon the State of Iowa by this Settlement Agreement with respect to the Periodic Payments shall cease, and instead such obligation shall be binding solely upon Assignee. Plaintiff(s) agree the assignment will constitute a full release and discharge of all the State of Iowa's obligations relative to the Periodic Payments. Plaintiff(s) further understand and agree that when the assignment is made, the State of Iowa shall be released from all obligations to make the Periodic Payments and Assignee shall at all times be directly and solely responsible for, and shall receive credit for, the Periodic Payments, and that when the assignment is made, Assignee assumes the duties and responsibilities of the State of Iowa with respect to the Periodic Payments.

### Right to Purchase an Annuity

The State of Iowa, itself or through its Assignee, shall fund the liability to make the Periodic Payments through the purchase of an annuity policy from Annuity Issuer. Assignee shall be the sole owner of the annuity policy and shall have all rights of ownership. Assignee may have Annuity Issuer mail payments directly to Payee. Plaintiff(s) shall be responsible for maintaining a current mailing address for Payee with Assignee and Annuity Issuer.

### Payee's Beneficiary

All guaranteed Periodic Payments are guaranteed whether or not Payee survives the payment schedule. Any Periodic Payments to be made after the death of Margaret Coder shall be made to Margaret Eleanor Coder First Party Special Needs Trust.

### Discharge of Obligation

The obligation assumed by Assignee to make each Periodic Payment shall be fully discharged upon the mailing of a valid check or electronic funds transfer in the amount of such payment on or before the due date to the last address on record for Payee or Beneficiary with Annuity Issuer. If Payee or Beneficiary notifies Assignee a check or electronic funds transfer was not received, the Assignee shall direct the Annuity Issuer to initiate a stop payment action and, upon confirmation such check was not previously negotiated or electronic funds transfer deposited, shall have Annuity Issuer process a replacement payment.

### Payee's Rights to Payments

Plaintiff(s) acknowledge the Periodic Payments cannot be accelerated, deferred, increased or decreased by Plaintiff(s) or any Payee; nor shall Plaintiff(s) or any Payee have the power to sell, mortgage, encumber, or anticipate the Periodic Payments, or any part thereof, by assignment or otherwise. All sums set forth herein constitute damages on account of personal injuries or sickness within the meaning of Internal Revenue Code Section 104(a)(2). This agreement is intended to conform to the requirements of Internal Revenue Code 130(c), and all provisions of this agreement should be construed to effectuate this intent.

**WE HAVE READ THE FOREGOING ADDENDUM A TO THE RELEASE, AND UNDERSTAND ITS TERMS AND FREELY AND VOLUNTARILY SIGN THE SAME.**

Dated this _9th_ day of _JUNE_, 2023.

_____

KYLE CODER, Individually and as parent, and next friend for his minor child, Margaret Coder

STATE OF _Georgia_ )

COUNTY OF _Columbia_ ) ss:

Sworn to and subscribed before me by Kyle Coder on this _9th_ day of _June_, 2023.

_Roman T. Cheek_
Notary Public in and for said County and State

Dated this _9th_ day of _June_, 2023.

_____

LAUREN CODER, Individually and as parent, and next friend for her minor child, Margaret Coder

STATE OF _Georgia_ )

COUNTY OF _Columbia_ ) ss:

Sworn to and subscribed before me by Lauren Coder on this _9th_ day of _June_, 2023.

_Roman T. Cheek_
Notary Public in and for said County and State

Page 3 of 3



BRENNA BIRD
ATTORNEY GENERAL

CHRISTOPHER J. DEIST
ASSISTANT ATTORNEY GENERAL

1305 E. WALNUT ST.
DES MOINES, IA 50319
Main: 515-281-5164 • Direct: 515-281-7240
Email: christopher.deist@ag.iowa.gov
www.iowaattorneygeneral.gov

IOWA DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION

June 9, 2023

Joe Barry
Iowa Department of Management, State Appeal Board
State Capitol Bldg., Room 12

Re:    *Theresa Miller, M.D. v. University of Iowa Hosp. & Clinics, Iowa Bd. of Regents*
       Johnson County Case No. LACV080426

Dear Joe,

        We have agreed to settle this lawsuit subject to approval by the State Appeal Board. The lawsuit alleged employment discrimination on the basis of disability, retaliation for raising complaints of disability discrimination, failure to accommodate disability in the workplace, and breach of contract by the University of Iowa Hospitals & Clinics. Dr. Miller claimed she was discriminated against in her residency program due to her multiple sclerosis and her pursuit of accommodations for her condition, ultimately leading to her non-renewal in 2016. This lawsuit led to a two-week jury trial in December 2021. While we were successful on one of Dr. Miller's claims, the jury hung on the remaining claims and a new trial was scheduled for August 2023.

        We agreed to settle this lawsuit for the total sum of $495,000. Per the settlement agreement, UIHC will issue a payroll check to Dr. Miller in the amount of $96,855.53, minus required withholdings and deductions for applicable taxes. Please coordinate with UIHC to reimburse UIHC for this payment. Additionally, please forward to me checks in these amounts:

1.  **Check in the amount of $150,000 payable to:**
    Theresa Miller (SSN: ███████)
    114 West 71st Street, Apt. 2B
    New York City, NY 10023

2.  **Check in the amount of $248,144.47 payable to:**
    Newkirk Zwagerman, P.L.C.
    (Tax ID No. ███████)
    521 E. Locust Street, Ste. 300
    Des Moines, IA 50309

I have enclosed a copy of the settlement agreement.

Sincerely,

Christopher J. Deist
Assistant Attorney General
(515) 281-7240
Christopher.deist@ag.iowa.gov

APPROVED BY;

Stan Thompson, Deputy Attorney General

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (the "Agreement") is made and entered into on the last date written below by and between Theresa Miller, M.D. ("Miller" or "Plaintiff") and the University of Iowa Hospitals and Clinics ("UIHC"), the Iowa Board of Regents ("Regents" and collectively with UIHC, "Defendants") (both of which are arms of the State of Iowa), the State of Iowa, and their current and former successors, assigns, subsidiaries, divisions, affiliates, officers, directors, employees, agents, and representatives. UIHC, the Regents, and the State of Iowa are collectively referred to herein as "the Released Parties", and all parties collectively are referred to herein as "the Parties".

### RECITALS

A.      Miller filed a lawsuit in the Iowa District Court for Johnson County (the "Court") captioned *Theresa Miller, M.D. v. University of Iowa Hospitals and Clinics, and Iowa Board of Regents* (Case No. LACV080426) (the "Litigation");

B.      The Parties have a mutual interest in amicably resolving any and all disputes between them;

C.      The Parties have negotiated this Agreement in good faith to fully settle all differences between them, including, but not limited to, those differences embodied in the Litigation;

D.      The Parties acknowledge and agree that this Agreement does not constitute any admission of wrongdoing or any admission of violations of applicable law, rule, or policy by either Party; and

E.      The Parties agree that the terms and conditions contained herein are fair, reasonable, and equitable and are the result of an arms' length negotiation between the Parties.

### AGREEMENT

NOW, THEREFORE, in consideration of the above recitals, which are expressly incorporated by all reference as if fully restated herein, and in exchange for their mutual promises and for other good and valuable consideration and intending to be legally bound herein, the Parties agree as follows:

1.      **Settlement Payment.** As consideration for the terms and conditions set forth in this Agreement, the Released Parties agree that the State of Iowa, on behalf of the Released Parties, will pay Miller a total gross settlement amount of $495,000 ("Settlement Amount"). The Settlement Amount is more fully described as follows:

(a) The State of Iowa, on behalf of the Released Parties, shall pay to Miller a portion of the Settlement Amount in the amount of $96,855.53, less required withholdings and deductions for applicable taxes, in settlement and compromise of Miller's claims for lost earnings from employment. The State of Iowa shall cause an IRS W-2 to be issued to Miller for this amount.

(b) The State of Iowa, on behalf of the Released Parties, shall pay to Miller a portion of the Settlement Amount in the amount of $150,000 in settlement and compromise of Miller's claims for non-wage compensatory damages, including claims for

1

DocuSign Envelope ID: E75CED1B-DFF0-4364-A0D5-3E9DF32AB357

emotional distress. This payment will not be subject to withholding of taxes at the time it is tendered. The State of Iowa shall cause an IRS Form 1099-MISC (checking Box 3, non-earned wages) to be issued to Miller for this amount.

(c) The State of Iowa, on behalf of the Released Parties, shall pay to Newkirk Zwagerman, P.L.C., a portion of the Settlement Amount in the amount of $248,144.47, for payment of attorney fees and litigation expenses. This payment will not be subject to withholding of taxes at the time it is tendered. The State of Iowa shall cause an IRS Form 1099-MISC (checking Box 10/Gross Proceeds to Attorney) to be issued to Newkirk Zwagerman, P.L.C., and Miller reporting this payment.

Miller acknowledges that these payments are in compromise of a dispute and that such payments are not to be construed as any of the Released Parties conceding the reasonableness of any attorney fees or costs, and are not to be construed as an admission of liability or wrongdoing on the part of any of the Released Parties, and that the Released Parties expressly deny any such liability or wrongdoing. Any payment made under this Agreement is subject to Iowa Code § 8A.504.

2. **Tax Liability.** Should any tax liability, interest, or penalties occur under federal or state law or regulations as a result of the payments made pursuant to this Agreement, Miller agrees to be solely responsible for, and to timely pay, any and all such obligations. Miller shall hold the Released Parties harmless and indemnify them from any such tax liability, interest, and penalties assessed against them due to Miller's failure to timely pay any tax liability, interest, or penalties relating to the payments made pursuant to this Agreement.

3. **Stipulation for Dismissal.**  Within five (5) business days of receipt of the Settlement Payment outlined in paragraph 1, Miller shall file with the Court a Dismissal with Prejudice for all of Miller's claims against Defendants in the Litigation and shall file the Dismissal with the Court and without further cost to any party. If the Court does not grant the motion to dismiss with prejudice, this Agreement will have no effect.

4. **Full and Comprehensive Release.** In consideration of the Settlement Payment by the Released Parties to Miller as set forth in paragraph 1, the sufficiency of which the Parties acknowledge, Miller hereby irrevocably and unconditionally releases, remises, and forever discharges the Released Parties and their agents, directors, officers, employees, representatives, attorneys, divisions, subsidiaries, affiliates (and agents, directors, officers, employees, representatives and attorneys of such divisions, subsidiaries and affiliates), and their predecessors, successors, heirs, executors, administrators and assigns, and all persons acting by, through, under or in concert with any of them (collectively "Releasees"), or any of them, of and from any and all actions, causes of actions, suits, debts, charges, the litigation, claims, liabilities, obligations, promises, agreements, controversies, damages, and expenses (including attorneys' fees and costs actually incurred), of any nature whatsoever, in law or equity, which she ever had, now has, or she or her heirs, executors and administrators hereafter may have against each or any of the Releasees, from the beginning of time to the date of this Agreement, by reason of any claims against the Released Parties, or any of their directors, officers, agents, employees or representatives, arising from or related to Miller's relationship with the Released Parties (and compensation and benefits related thereto) and matters or allegations which are the subject matter of the litigation, including, but not limited to, any claims arising from any alleged violation by the Released Parties of any

2

federal, state or local statutes, ordinances or common laws, including but not limited to, the Rehabilitation Act of 1973 (29 U.S.C. § 701 et seq.); Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.), the Age Discrimination in Employment Act of 1967 (29 U.S.C. § 621 et seq.); the Americans with Disabilities Act of 1990 (42 U.S.C. § 12101 et. seq.); the Equal Pay Act (29 U.S.C. § 206(d)); the Iowa Civil Rights Act (Iowa Code Chapter 216); Iowa's Wage Payment Collection Law (Iowa Code Chapter 91A); and any claims in violation of the common law or public policy of this state. Miller acknowledges this release includes all claims against employees of UIHC, the Regents, and the State of Iowa in their official and individual capacities. Notwithstanding the above, it is agreed and understood that the releases contained in this paragraph do not cover any claims which by law Miller cannot waive and any claims to enforce the terms of this Agreement.

5.     <u>Covenant Not to Sue</u>. In further consideration of the Settlement Payment to Miller as set forth in paragraph 1, the sufficiency of which the Parties acknowledge, Miller agrees, promises, and covenants that neither she, nor any person, organization or any other entity acting on her behalf will file, charge, claim, sue, cause, or permit to be filed, charged, or claimed, any action for damages or other relief (including injunctive, declaratory, monetary relief, or other) against the Released Parties, including their respective affiliates, successors officers, directors, employees, agents, current or former students, and representatives, whether in their individual capacity or official capacity, involving any matter which occurred in the past up to the date of this Agreement, including any continuing effects thereof, or otherwise involving any claims, demands, causes of action, obligations, damages, or liabilities which are the subject of this Agreement.

6.     <u>Extinguishment of All Claims, Known or Unknown</u>.   Miller expressly acknowledges that this Agreement is intended to include all claims whether known or unknown to Miller, that have arisen prior to or as of the execution of this Agreement by Miller, and that this Agreement contemplates the extinguishment of any such claims.

7.     <u>Disclosure</u>. The Parties agree that this Agreement is a public record under Iowa law. The Parties acknowledge that this Settlement Agreement is subject to Iowa Code § 22.13A and must be approved by the Executive Director of the Board of Regents and the head of the institution and be reviewed by the Attorney General or her designee. Furthermore, the Parties acknowledge that the Settlement Payment must be approved by the State Appeal Board. This Agreement is not effective until it has received all necessary review and approvals. This Agreement will be posted to the Board of Regents web page.

8.     <u>Governing Law</u>. This Agreement is made and entered into in the State of Iowa and shall in all respects be interpreted, enforced, and governed under the laws of Iowa. The language of all parts of this Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against any of the parties.

9.     <u>Severability</u>. Should any provision, sentence, term, or word of this Agreement other than the release and covenant not to sue be declared or determined by any court to be illegal or invalid, the validity of the remaining parts, terms, or provisions shall not be affected and said illegal or invalid part, term, provision, sentence, or word shall be deemed not to be a part of this Agreement.

10.    <u>No Admission of Liability</u>. This Agreement is not, and shall not in any way be construed as, an admission by any of the Released Parties that it engaged in any acts of

3

DocuSign Envelope ID: E75CED1B-DFF0-4364-A0D5-3E9DF32AB357

discrimination, harassment, and/or retaliation against Miller or that it violated any federal, state or local law.

11.    **Representation by Miller.**  Miller hereby represents and warrants that she (a) has authority to enter into this Agreement; (b) holds any and all claims free and clear of any liens and has not pledged or assigned those claims to any third party; (c) has not commenced or been subject to any bankruptcy or insolvency proceeding that affects or could affect her rights to accept payment and release claims under this Agreement; (d) has not received any promise of further consideration; and (e) does not know of any other person who holds any rights to sue for the causes of action or the claims subject to the releases made hereunder. Miller further agrees to indemnify and hold harmless each of the Released Parties from and against any and all claims, actions, causes of actions, demands, rights, damages, costs, losses of services, expenses, compensation, taxes, or property damage (including attorneys' fees, expenses, and costs of defense) which any person, partnership, corporation, entity, association, agency, or other organization may bring against the Released Parties alleging facts and circumstances that are contrary to, inconsistent with, or arising from the breach of, the representations and warranties of this paragraph.

12.    **Entire Agreement.**  This Agreement sets forth the entire agreement between the parties and fully supersedes any and all prior agreements or understandings between the Parties pertaining to the subject matter of this Agreement.

13.    **Voluntary Agreement.**  Miller represents and certifies that she has carefully read and fully understands all of the provisions and effects of this Agreement, that she has thoroughly discussed all aspects of this Agreement with her attorney, that she is voluntarily entering into this Agreement, and that the Released Parties have not made any representations concerning the terms or effects of this Agreement other than those contained in it. Miller further acknowledges she was given at least twenty-one (21) days to review and consider this Agreement in its entirety. Miller understands that she may voluntarily waive this review period by signing and returning the Agreement prior to the expiration of twenty-one (21) days. Miller also acknowledges that she understands that she has up to seven (7) calendar days following the date she signs this Agreement to revoke her acceptance. The Agreement waives no rights or claims that may arise after its execution.

14.    **Counterparts.**  This Agreement may be signed in counterparts. Faxed or emailed signatures will be deemed originals.

DocuSign Envelope ID: E75CED1B-DFF0-4364-A0D5-3E9DF32AB357

PLEASE READ CAREFULLY. THIS SETTLEMENT AGREEMENT AND GENERAL RELEASE INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS. YOU HAVE A PERIOD OF TWENTY-ONE (21) CALENDAR DAYS TO CONSIDER THIS RELEASE. IF YOU SIGN THIS AGREEMENT, YOU WILL HAVE UP TO SEVEN (7) CALENDAR DAYS FOLLOWING THE DATE YOU SIGN IT TO REVOKE YOUR SIGNATURE. THE RELEASE SHALL NOT BECOME EFFECTIVE OR ENFORCEABILE UNTIL THIS SEVEN (7) CALENDAR DAY PERIOD HAS EXPIRED.

IN WITNESS WHEREOF, and intending to be legally bound hereby, Miller and the University of Iowa Hospitals and Clinics on its own behalf and the behalf of the Board of Regents, the State of Iowa, have executed the foregoing Settlement Agreement and Release.

ON BEHALF OF PLAINTIFF:

By: _____
Theresa Miller, M.D.


Date: 05/18/2023

ON BEHALF OF DEFENDANTS:

By: _____
Kimberly D. Hunter
*Interim Chief Executive Officer*
University of Iowa Hospitals & Clinics

Date: 6/1/2023

DocuSign Envelope ID: CBC9F7BF-39CA-43D8-BE3B-8D11014E29F2



*Governing Iowa's public*
*universities and special schools*

University of Iowa
Iowa State University
University of Northern Iowa
Iowa School for the Deaf
Iowa Educational Services for the Blind and
 Visually Impaired
Lakeside Laboratory Regents Resource Center
Western Iowa Regents Resource Center

**BOARD OF REGENTS**
STATE OF IOWA

Michael J. Richards, MD, President, *West Des Moines*
Patty Cownie, President Pro Tem, *Des Moines*
David R. Barker, PhD, *Iowa City*
Sherry Bates, *Scranton*
Nancy Boettger, *Harlan*
Milt Dakovich, *Waterloo*
Nancy Dunkel, *Dyersville*
Zackery C. Leist, *Clarion*
Jim Lindenmayer, PhD, *Ottumwa*

Mark J. Braun, Executive Director

## Routing/Review Approval of Personnel Settlement Agreement

*Please sign/date where indicated below noting the approval or denial of the attached proposed Personnel Settlement Agreement. **After signing, please return to the attention of BOR – General Counsel.** If "denied," please return to BOR – General Counsel.*

In the matter of:  Theresa Miller, M.D. v. University of Iowa Hosp. & Clinics, et al.
            LACV080426

Institutional Staff:  Nike Fleming, University of Iowa Hosp. & Clinics Deputy Counsel

### Office of the Attorney General

Reviewed by (Print Name):  Stan Thompson

Reviewer's Signature:

Date:  6/7/2023            Reviewed: [x]    Redacted: [ ]

Institution:    University of Iowa Hospitals and Clinics

Institutional Head's Printed Name:    Kimberly Hunter

Institutional Head's Signature:
            DocuSigned by:
            Kim D. Hunter
            9F6662D7D90E486...
Date:  6/5/2023            Approve: [X]    Deny: [ ]

### Board of Regents

Executive Director's Printed Name: Mark Braun

Executive Director's Signature:
            DocuSigned by:
            FE808DCFCBED45B...
Date: 6/5/2023            Approve: [X]    Deny: [ ]