# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Eileen Yeisley, on behalf of herself and
all others similarly situated,

**CIVIL NUMBER: 3:23-cv-00025-SHL-HCA**

Plaintiff(s),

v.

**JUDGMENT IN A CIVIL CASE**

University of Iowa Hospitals & Clinics

Defendant(s),

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendant's Motion to Dismiss is granted. Judgment entered in favor of Defendant against Plaintiff.

Date: February 16, 2024

CLERK, U.S. DISTRICT COURT

/s/ M. Mast

By: Deputy Clerk